RICHARD A. BESHWATE, JR., SBN: 179782
Attorney at Law
1330 L Street   Suite D
Fresno CA 93721
(559) 266-5000

Attorney for Defendant
KENNETH PATTERSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH PATTERSON,<br><br>Defendant. | Case No. 1:19-cr-00230-DAD-BAM<br><br>STIPULATION AND ORDER MODIFY PRETIRAL REALEASE CONDITIONS |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant KENNETH PATTERSON, and VINCENT TENNERELLI, Assistant U.S. Attorney for Plaintiff, that sections (c) and (l) of the PRETRIAL RELEASE CONDITIONS ordered on November 1, 2019, be modified to read:

The defendant must:

(c) Reside in a location approved by the PSO, and not move or be absent from this residence for more than 24 hours without prior approval of PSO: *travel is restricted to the State of California, unless otherwise approved in advance by PSO.*

(l) *not obtain any new employment where he is engaging in or provided access to private financial or tax information.  The defendant shall refer all clients and customers to Matt Peterson without obtaining those customers' financial or tax information.*

1

It should be noted that the Pretrial Services officer has no objection to this modification.

Dated: November 8, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ RICHARD A. BESHWATE, JR.
　　　　　　　　　　　　　　　　　　　RICHARD A. BESHWATE, JR.
　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　KENNETH PATTERSON

Dated:  November 8, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ VINCENT TENNERELLI
　　　　　　　　　　　　　　　　　　　VINCENT TENNERELLI
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

The pretrial release conditions are hereby modified in accordance with the parties' stipulation as set forth above.

IT IS SO ORDERED.

Dated:　**November 8, 2019**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE