Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**KENNETH PATTERSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH PATTERSON,<br><br>　　　　　　　Defendant | Case No.: 1:19-cr-00230-DAD-BAM<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS**<br><br>Date:　February 26, 2020<br>Time:　8:30 a.m.<br>Dept.:　8<br><br>Action Filed: October 31, 2019<br>Trial Date:　Not yet set |

NOTICE OF MOTION AND MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS

TO MCGREGOR SCOTT, UNITED STATES ATTORNEY, EASTERN DISTRICT OF CALIFORNIA; AND VINCENT ANTONIO TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE, hereby given, that on the **26 day of February, 2020**, at the hour of **8:30 AM**, or as soon thereafter as the matter may be heard in **Department 8** of the above-entitled court, Defendant Kenneth Patterson, through his attorney of record, Richard A. Beshwate, Jr., will, and hereby does, move this Court for an order granting Mr. Patterson's request to modify the terms and conditions of his release pending trial pursuant to Title 18, United States Code, section 3142 et seq. in order to have surgery in Mexico, currently scheduled for March 3, 2020. Furthermore, Mr. Patterson seeks to modify certain conditions of his release—namely, conditions (7c), (7g) and (7f) which respectively restrict Mr. Patterson from traveling outside of the Eastern District of California, require submission to drug testing, and restrict the use of narcotic/controlled substances. Pretrial Services does not oppose Mr. Patterson's request. This motion is brought pursuant to Title 18, United States Code, section 3142 et seq.

This motion will be based upon this Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of Richard A. Beshwate, Jr., exhibits, and on such additional evidence and arguments as may be presented at the hearing of this motion.

Date:  February 24, 2020          LAW OFFICE OF RICHARD A. BESHWATE, JR.


/s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant
KENNETH PATTERSON

1

NOTICE OF MOTION AND MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS

Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**KENNETH PATTERSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH PATTERSON,<br><br>　　　　　　Defendant | Case No.: 1:19-cr-00230-DAD-BAM<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS**<br><br>Date:　February 26, 2020<br>Time:　8:30 a.m.<br>Dept.:　8<br><br>Action Filed: October 31, 2019<br>Trial Date:　Not yet set |

## INTRODUCTION

On October 31, 2019, Kenneth Patterson ("Mr. Patterson"), was charged by Indictment, for allegedly violating Title 18, United States Code, section 1343, Fraud by Wire, Radio, or Television (six counts); Title 18, United States Code, section 1344, Bank Fraud; and Title 26, United States Code, section 7201, Attempt to Evade or Defeat Tax. (Beshwate Decl. ¶ 2.) Mr. Patterson was released from custody by order of this Court pending trial on the aforementioned charges. Mr. Patterson has been compliant with substantially all the requirements and conditions of his pretrial release. However, due to a life-threatening health condition, Mr. Patterson seeks to modify the conditions of his pretrial release in order to have surgery in Mexico, currently scheduled for March 3, 2020.

## STATEMENT OF FACTS

On or about November 1, 2019, Mr. Patterson was released from custody by order of this Court pending trial on the aforementioned charges. (Beshwate Decl. ¶ 3; **Exhibit A**.) Pursuant to the terms and conditions of his pretrial release, Mr. Patterson must reside in a location approved by Pretrial Services and not move or be absent from this residence for more than two (2) hours without prior approval. (**Exhibit A** ¶ 7(c)). Furthermore, Mr. Patterson is restricted from traveling outside of the jurisdiction of the Eastern District of California. (*Id.*)

On March 3, 2020, Mr. Patterson is scheduled to have a "Vertical Sleeve Gastrectomy." The medical procedure is to take place in Tijuana, Mexico. (Beshwate Decl. ¶ 4.) Mr. Patterson has already secured the funds for surgery and has paid for his flight. (*Id.*) Because the surgery will require extensive pain management—post-surgery; Mr. Patterson also would need relieved from drug testing. Pretrial Services does not object to either of Mr. Patterson's requests. (*Id.*)

## ARGUMENT

1. **General Legal Principles re Release or Detention of a Defendant Pending Trial**

Upon the appearance before a judicial officer of a person charged with an offense, the judicial officer shall issue an order that, pending trial, the person be: (1) Released on personal recognizance or upon execution of an unsecured appearance bond, under subsection (b) of this section; (2) released on a condition or combination of conditions under subsection (c) of this section; (3) temporarily

detained to permit revocation of conditional release, deportation, or exclusion under subsection (d) of this section; or (4) detained under subsection (e) of this section. 18 U.S.C.S. § 3142(a). If the judicial officer determines that the release described in subsection (b) of this section will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community, such judicial officer shall order the pretrial release of the person be subject to certain conditions as set forth in Subdivision (c)(1)(B). 18 U.S.C.S. § 3142(c). The judicial officer may at any time amend the order to impose additional or different conditions of release. 18 U.S.C.S. § 3142(c)(3).

2.   **An Exercise of Court Discretion is Warranted in Mr. Patterson's Case**

Mr. Patterson is scheduled for a life-saving surgery on March 3, 2020 which would require his travel outside of the Eastern District of California; specifically, to Tijuana Mexico. It is anticipated that after surgery, Mr. Patterson may be prescribed narcotics/controlled substances to aid in his recovery; thus, placing Mr. Patterson in the position of violating one or more of the conditions of his release. Mr. Patterson has already secured the approval of Pretrial Services to modify certain conditions of his release—namely, conditions (7c), (7g) and (7f). Mr. Patterson would therefore be allowed to travel outside of the Eastern District of California, be relieved of submitting to further drug testing and be able to consume medically prescribed narcotics/controlled substances as required by his treating physicians.

## CONCLUSION

For the foregoing reasons, this Court should grant Mr. Patterson's request to modify the terms and conditions of his release pending trial pursuant to Title 18, United States Code, section 3142 et seq.

Date:   February 24, 2020                LAW OFFICE OF RICHARD A. BESHWATE, JR.


/s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant
KENNETH PATTERSON

2
MEMORANDUM ISO MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS

Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**KENNETH PATTERSON**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KENNETH PATTERSON,<br><br>                    Defendant | Case No.: 1:19-cr-00230-DAD-BAM<br><br>**DECLARATION OF RICHARD A. BESHWATE, JR. IN SUPPORT OF MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS**<br><br>Date:   February 26, 2020<br>Time:  8:30 a.m.<br>Dept.:  8<br><br>Action Filed: October 31, 2019<br>Trial Date:    Not yet set |

I, RICHARD A. BESHWATE, JR., do hereby declare as follows:

1. I am over the age of 18 years and I am an attorney at law, licensed to practice in all the state courts of California. I represent the above-named Defendant in this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2. On October 31, 2019, Kenneth Patterson ("Mr. Patterson"), was charged by Indictment, for allegedly violating Title 18, United States Code, section 1343, Fraud by Wire, Radio, or Television (six counts); Title 18, United States Code, section 1344, Bank Fraud; and Title 26, United States Code, section 7201, Attempt to Evade or Defeat Tax.

3. On or about November 1, 2019, Mr. Patterson was released from custody by order of this Court pending trial on the aforementioned charges. A true and correct copy of this Court's Order Setting Conditions of Release, filed on November 1, 2019, is attached hereto as **Exhibit A** and incorporated herein by reference. Pursuant to the terms and conditions of his pretrial release, Mr. Patterson must reside in a location approved by Pretrial Services and not move or be absent from this residence for more than two (2) hours without prior approval. (**Exhibit A** ¶ 7(c)). Furthermore, Mr. Patterson is restricted from traveling outside of the jurisdiction of the Eastern District of California. (*Id.*)

4. On March 3, 2020, Mr. Patterson is scheduled to have a "Vertical Sleeve Gastrectomy." The medical procedure is to take place in Tijuana, Mexico. Mr. Patterson has already secured the funds for surgery and has paid for his flight. Because the surgery will require extensive pain management—post-surgery; Mr. Patterson also would need relieved from drug testing. Pretrial Services does not object to either of Mr. Patterson's requests.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Date:  February 24, 2020            /s/ Richard A. Beshwate, Jr.
                                    RICHARD A. BESHWATE, JR.

Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**KENNETH PATTERSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KENNETH PATTERSON,<br><br>                    Defendant | Case No.: 1:19-cr-00230-DAD-BAM<br><br>**[PROPOSED] ORDER RE MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS**<br><br>Date:  February 26, 2020<br>Time: 8:30 a.m.<br>Dept.: 8<br><br>Action Filed: October 31, 2019<br>Trial Date:    Not yet set |

## ORDER

Defendant Kenneth Patterson's motion to modify the terms and conditions of his release pending trial pursuant to Title 18, United States Code, section 3142 et seq. came on for hearing on the February ____, 2020, at 8:30 a.m., in the above-captioned court. Having reviewed and considered the motion, the pleadings in support thereof, the pleadings in opposition, and finding good cause therefor:

**IT IS ORDERED** that Defendant Kenneth Patterson's motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____

_____
Judge of the Superior Court

Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**KENNETH PATTERSON**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH PATTERSON,<br><br>Defendant | Case No.: 1:19-cr-00230-DAD-BAM<br><br>**PROOF OF SERVICE RE MOTION FOR MODIFICATION OF SUPERVISED RELEASE CONDITIONS**<br><br>Date:  February 26, 2020<br>Time: 8:30 a.m.<br>Dept.: 8<br><br>Action Filed: October 31, 2019<br>Trial Date:   Not yet set |

1
**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred; my residence address is: **1330 "L" Street, Suite D Fresno, CA 93721.**

On **February 24, 2020**, I served the foregoing document(s) described as:

1. **Notice of Motion re Modification of Supervised Release Conditions;**
2. **Memorandum in Support of Modification of Supervised Release Conditions;**
3. **Declaration in Support of Modification of Supervised Release Conditions;**
4. **Proposed Order re Modification of Supervised Release Conditions.**

The documents were served to the following parties:

| United States Attorney's Office<br>Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite. 4401<br>Fresno, CA. 93721 | |

**By U.S. Mail**: I deposited such envelope in the mail with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**By First-Class Mail**: (Code of Civ. Proc. §§ 1013 and 1013(a))

**By Overnight Delivery**: (Code Civ. Proc. §§ 1013(c) and (d))

**By Certified Return Receipt Mail**: (Code of Civ. Proc. §§ 1013 and 1013(a))

XX   **By Personal Service**: I caused such envelope to be delivered by hand personally to:

_____ at _____ AM/PM

**By Facsimile**: I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  February 24, 2020

BELEN VALENS

AO 199A (Rev. 12/11) Order Setting Conditions of Release                     Page 1 of 3 Pages

Case 1:19-cr-00230-DAD-BAM Document 6 Filed 11/01/19 Page 1 of 3
Case 1:19-cr-00230-DAD-BAM Document 16 Filed 02/24/20 Page 12 of 14

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| KENNETH SHANE PATTERSON | ) | Case No. 1:19-CR-00230-DAD-BAM |

**FILED**
**NOV 01 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: UNITED STATES EASTERN DISTRICT COURT
*Place*

2500 TULARE STREET, FRESNO CALIFORNIA, 93721

on JANUARY 13, 2020 AT 1:00PM, COURTROOM 8, BEFORE MAGISTRATE JUDGE BARBARA A. MCAULIFFE
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

PATTERSON, Kenneth Shane
Doc. No. 1:1-CR-00230-DAD-BAM

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization     Emily Baxter

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☑ (7) The defendant must:
  ☑ (a) report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations;
  ☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
  ☑ (c) reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern District of California, unless otherwise approved in advance by PSO;
  ☑ (d) cooperate in the collection of a DNA sample;
  ☑ (e) report any contact with law enforcement to your PSO within 24 hours;
  ☑ (f) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☑ (g) submit to drug and/or alcohol testing as approved by the PSO. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;
  ☑ (h) refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;
  ☑ (i) not apply for or obtain a passport or any other traveling documents during the pendency of this case;
  ☑ (j) not solicit any person for investments;
  ☑ (k) not open any bank account, in your name or the name of any business, without approval of Pretrial Services;
  ☑ (l) not engage in any business providing access to private financial or tax information;
  ☑ (m) not open any bank account, in your name or the name of any business, without approval of Pretrial Services;
  ☑ (o) not make any fraudulent transfer of property; and,
  ☑ (p) have no communication with the following individuals: Helen Quan, Geoff Steinbach, Jay Steinbach, Abdulafed Ali, Josemar Mercado, and Marlene Robertson.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_X [signature]_
*Defendant's Signature*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.

Date: 11/1/19

_[signature]_
*Judicial Officer's Signature*

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL