1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENTE A. TENNERELLI
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorney for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-000230-DAD-BAM |
12 | Plaintiff, | NOTICE OF LODGING |
13 | v. | |
14 | KENNETH SHANE PATTERSON, | |
15 | Defendant. | |

16

17     PLEASE TAKE NOTICE that Plaintiff United States of America, has on this date lodged an audio

18 recording marked as Exhibit D to the United States' Motion to Revoke Order of Release (Dkt. 19) in

19 electronic format on a CD, and served a copy of the CD upon counsel for Defendant, Kenneth Patterson.

20                                         Respectfully submitted,

21  Dated: March 2, 2020                   McGREGOR W. SCOTT
                                           United States Attorney
22
                                            /s/Vincente A. Tennerelli
23                                         VINCENTE A. TENNERELLI
                                           Assistant U.S. Attorney
24

25

26

27

28

NOTICE OF LODGING                          1