Richard A. Beshwate, Jr., Esq., (SBN 179782)
LAW OFFICE OF RICHARD A. BESHWATE, JR.
1330 "L" Street, Suite D
Fresno, CA 93721
Phone: (559) 266-5000
Email: attybesh@gmail.com

Attorney for Defendant
**KENNETH PATTERSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH PATTERSON, <br><br> Defendant. | Case No.: 1:19-cr-00230-DAD-BAM <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE HEARING DATE RE GOVERNMENT'S MOTION TO REVOKE ORDER OF RELEASE** <br><br> Date: March 16, 2020 <br> Time: 2:00 p.m. <br> Dept.: 8 <br><br> Action Filed: October 31, 2019 <br> Trial Date: Not yet set |

---

JOINT STIPULATION TO CONTINUE HEARING RE MOTION TO REVOKE ORDER OF RELEASE

| | | |
|---|---|---|
| 1 | Defendant, Kenneth Patterson, by and through his counsel of record, Richard A. Beshwate, Jr, | |
| 2 | and Plaintiff, The People of the United States of America (as represented by the United States | |
| 3 | Attorney's Office), by and through its counsel of record, Vicente A. Tennerelli (collectively referred | |
| 4 | to as the "Parties"), having so stipulated on March 9, 2020, do hereby agree and stipulate to the | |
| 5 | following: | |

     1.    Richard A. Beshwate, Jr. is currently in a murder trial in Fresno County Superior Court case number F17902482. The trial began on January 22, 2020.

     2.    The government filed its Motion to Revoke Order of Release on March 2, 2020 and is currently set for hearing on March 16, 2020.

     3.    The hearing date currently set for March 16, 2020 shall be vacated due to counsel for Defendant's unavailability. The matter shall be reset to March 30, 2020. Defendant shall file his responsive pleading to the government's motion no later than March 16, 2020. The government shall file its reply no later than March 19, 2020.

**SO STIPULATED:**

Date: March 10, 2020                        By: **/s/ Richard A. Beshwate, Jr.**
                                                          RICHARD A. BESHWATE, JR.
                                                          Attorney for Defendant
                                                          KENNETH PATTERSON

Date: March 10, 2020                        By: **/s/ Vicente A. Tennerelli**
                                                          VINCENTE A. TENNERELLI
                                                          Attorney for Plaintiff

# **ORDER**

Having reviewed and considered the joint stipulation of the parties, and finding good cause therefor:

**IT IS ORDERED** that the hearing date currently set for March 16, 2020 shall be vacated. The matter shall be reset to **March 30, 2020 at 2:00 PM before Magistrate Judge Erica P. Grosjean**. Defendant shall file his responsive pleading to the government's motion no later than **March 16, 2020**. The government shall file its reply no later than **March 19, 2020**.

IT IS SO ORDERED.

Dated: **March 10, 2020**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

---

2
JOINT STIPULATION TO CONTINUE HEARING RE MOTION TO REVOKE ORDER OF RELEASE