| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00230-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON GOVERNMENT'S PETITION TO REVOKE PRETRIAL RELEASE |
| v. | |
| KENNETH PATTERSON, | DATE: March 30, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on March 30, 2020.

2. Defendant's deadline for filing a response was March 16, 2020, and the government's deadline for filing a reply was March 19, 2020.

3. By this stipulation, the parties jointly move to continue the hearing to May 6, 2020, at 2:00 PM before Magistrate Judge Barbara A. McAuliffe, with defendant's response deadline continued to April 22, 2020, and the government's reply deadline to April 27, 2020. The parties seek this continuance based on this Court's General Orders 610, 611, and 612, which address public health concerns relating to COVID-19.

IT IS SO STIPULATED

STIPULATION TO CONTINUE HEARING AND RELATED DATES

1

| | |
|---|---|
| Dated: March 20, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated: March 20, 2020 | /s/ RICHARD A. BESHWATE, JR.<br>RICHARD A. BESHWATE, JR.<br>Counsel for Defendant<br>KENNETH PATTERSON |

**ORDER**

The hearing on the government's petition to revoke pretrial release shall be continued until May 6, 2020, at 2:00 PM before Magistrate Judge Barbara A. McAuliffe, with defendant's response deadline continued to April 22, 2020, and the government's reply deadline to April 27, 2020.

IT IS SO ORDERED.

Dated: **March 24, 2020** /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE