McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KENNETH PATTERSON,<br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00230-DAD-BAM<br><br>STIPULATION TO CONTINUE HEARING ON GOVERNMENT'S PETITION TO REVOKE PRETRIAL RELEASE AND ORDER<br><br>DATE: May 6, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　　On March 2, 2020, the United States moved to revoke defendant's pretrial release. By previous order, that matter was set for hearing on May 6, 2020.

2.　　Defendant's deadline for filing a response to the motion was April 22, 2020, and the government's deadline for filing a reply was April 27, 2020. By order dated April 29, 2020, the Court stated that any opposition to the motion must be filed by May 4, 2020.

3.　　By this stipulation, the parties jointly move to continue the hearing on the government's motion to June 3, 2020, to continue defendant's response deadline to May 20, 2020, and to continue the government's reply deadline to May 27, 2020. On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June

STIPULATION TO CONTINUE HEARING AND
RELATED DATES

1

15, 2020, and allows district judges to continue all criminal matters to a date after June 1. This and previous General Orders were entered to address public health concerns related to COVID-19.

IT IS SO STIPULATED

| Dated: April 30, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated: April 30, 2020 | /s/ RICHARD A. BESHWATE, JR.<br>RICHARD A. BESHWATE, JR.<br>Counsel for Defendant<br>KENNETH PATTERSON |

## **ORDER**

IT IS SO ORDERED that the motion to revoke defendant's pretrial release is continued from May 6, 2020 to **June 3, 2020 at 2:00 PM before Magistrate Judge Erica P. Grosjean**. It is further ordered that defendant's response deadline is continued to May 20, 2020, and the government's reply deadline is continued to May 27, 2020.

IT IS SO ORDERED.

Dated:  **May 1, 2020**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE