McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH PATTERSON,<br><br>Defendant. | CASE NO. 1:19-CR-00230-DAD-BAM<br><br>STIPULATION TO CONTINUE HEARING ON GOVERNMENT'S PETITION TO REVOKE PRETRIAL RELEASE<br><br>DATE: June 3, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 2, 2020, the United States moved to revoke defendant's pretrial release. The matter was originally set for hearing on March 30, 2020. By stipulations between the parties, the hearing was continued to May 6, 2020, then to June 3, 2020. Dkt. 26, 31.

2. Defendant's deadline for filing a response to the motion was May 20, 2020, with the government's reply due on May 27. Because defendant and the government have been discussing a possible resolution to this matter, defendant did not file his response until May 28, 2020. Accordingly, the government did not have an opportunity to prepare its response by the deadline. Accordingly, by this stipulation, the parties jointly move to continue the government's reply deadline to June 10, 2020 and to continue the June 3, 2020 hearing to June 22, 2020.

IT IS SO STIPULATED

| Dated: May 31, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| Dated: May 31, 2020 | /s/ RICHARD A. BESHWATE, JR.<br>RICHARD A. BESHWATE, JR.<br>Counsel for Defendant<br>KENNETH PATTERSON |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **June 2, 2020**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE