Kevin P. Rooney, #107554
**OF COUNSEL, HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH SHANE PATTERSON,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19 CR 00 230 DAD BAM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| KENNETH SHANE PATTERSON, | |
| Defendant | |

I, KENNETH SHANE PATTERSON, defendant, hereby substitute as my attorney of record in the above-captioned matter, Kevin P. Rooney, in place and stead of Richard A. Beshwate, Jr.

Dated: July 22, 2020

KENNETH SHANE PATTERSON

I consent to the above substitution.

Dated: July 22, 2020

RICHARD A. BESHWATE

I accept the above substitution.

Dated: July 22, 2020

KEVIN P. ROONEY

IT IS SO ORDERED.

Dated: August 4, 2020

HON. SHEILA K. OBERTO
United States Magistrate Judge