UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>Kenneth Shane Patterson | **Docket No. 1:19-CR-00230-DAD-BAM**<br>**Federal Charges**:<br>18:1343- Fraud by Wire, Radio, or Television (6 counts); 18:1344- Bank Fraud; 26:7201- Attempt to Evade or Defeat Tax; and the defendant is also subject to a criminal forfeiture allegation |

**COMES NOW,** Jessica McConville, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Kenneth Shane Patterson, who was placed on bond by the Honorable Magistrate Judge, Barbara A. McAuliffe sitting in the Court at Fresno, California, on November 1, 2019, who imposed the following RELEVANT condition(s) of pretrial release:

**RELEVANT CONDITION(S):** 1. The defendant must not violate federal, state, or local law while on release.

**ALLEGED VIOLATION CONDUCT:** On September 20, 2020, the defendant was cited by Pismo Beach Police Department officers for a misdemeanor violation of 20002(A) VC. The incident occurred on September 19, 2020, at approximately 11:48 p.m. Pretrial Services has obtained copies of the police reports from Pismo Beach Police Department and the California Highway Patrol. The defendant's initial court hearing is set for January 19, 2021.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing on October 2, 2020 at 10:00 a.m. before the Honorable Magistrate Judge Stanley A. Boone.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jessica McConville
U.S. Pretrial Services Officer

Dated: September 25, 2020

**ORDER**

☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of          .
☒ The Court hereby orders this matter placed on this court's calendar on October 2, 2020, at 10:00 a.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: September 25, 2020

UNITED STATES MAGISTRATE JUDGE