McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH SHANE PATTERSON,<br><br>  Defendant. | CASE NO. 1:19-CR-00230-DAD-BAM<br><br>STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE ON PRETRIAL RELEASE VIOLATION<br><br>DATE: October 2, 2020<br>TIME: 10:00 am<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an initial appearance on defendant's alleged pretrial release violation on October 2, 2020. Docket No. 44.

2. By this stipulation, defendant now moves to continue this hearing until October 9, 2020 at 10:00 am before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **September 30, 2020**          _____
                                         UNITED STATES MAGISTRATE JUDGE

1

3.     The government and Pretrial Services do not object to the continuance.

IT IS SO STIPULATED.

Dated:  September 30, 2020                                    MCGREGOR W. SCOTT
                                                                                  United States Attorney


                                                                                  /s/ VINCENTE A. TENNERELLI
                                                                                  VINCENTE A. TENNERELLI
                                                                                  Assistant United States Attorney


Dated:  September 30, 2020                                    /s/ KEVIN P. ROONEY
                                                                                  KEVIN P. ROONEY
                                                                                  Counsel for Defendant
                                                                                  KENNETH SHANE
                                                                                  PATTERSON


**ORDER**

2