ADVERTISEMENT

# Deadly crash forces closure of Hwy. 41 in south Fresno County

by FOX26 News
Wednesday, September 16th 2020



*Deadly crash forces closure of Hwy. 41 in south Fresno County (File Photo: FOX26)*

Some U.S. state privacy laws offer their residents specific consumer privacy rights, which we respect as described in our **privacy policy** and **cookie policy**. To opt-out of our making available to third parties information relating to cookies and similar technologies for advertising purposes, select "Opt-Out". To exercise other rights such as "Do Not Sell My Personal Information", please email us at **"privacy@sbgtv.com"**.

Accept    Opt-Out    More Info



A southbound SUV veered to the right to get out of the way of the oncoming Nissan, which then crashed head-on into a Hyundai traveling behind the SUV.

The Nissan caught fire and the driver, identified as 38-year-old Joshua Evans of Clovis, died at the scene.

The man driving the Hyundai, later identified as 40-year-old Kenneth Atkins of Madera, was also killed.

The man driving the GMC was uninjured as were his 4 passengers.

CHP says the crash left a long trail of debris.

A detour was set up, and it was recommended that commuters take Conejo Ave. or Camden Ave. to get around the crash on Hwy. 41.

Some U.S. state privacy laws offer their residents specific consumer privacy rights, which we respect as described in our **privacy policy** and **cookie policy**. To opt-out of our making available to third parties information relating to cookies and similar technologies for advertising purposes, select "Opt-Out". To exercise other rights such as "Do Not Sell My Personal Information", please email us at **"privacy@sbgtv.com"**.

Accept    Opt-Out    More Info

Case 1:19-cr-00230-DAD-BAM    Document 49-1    Filed 10/05/20    Page 3 of 4

89°    93°    99°



---

## MORE TO EXPLORE

### Radar

**Disneyland Hong Kong opens as city's cases fall**

Some U.S. state privacy laws offer their residents specific consumer privacy rights, which we respect as described in our **privacy policy** and **cookie policy**. To opt-out of our making available to third parties information relating to cookies and similar technologies for advertising purposes, select "Opt-Out". To exercise other rights such as "Do Not Sell My Personal Information", please email us at **"privacy@sbgtv.com"**.

Accept    Opt-Out    More Info

89° 93° 99°

ing's Off

12UP

### How The Hole On Your Padlock Can Actually Help You
Habit Tribe

### Looking for a Cheap Roof Repair Service? Fresno Residents could benefit from 2020 prices
Roof Repair | Search Ads

Sponsored Links by Taboola

ADVERTISEMENT

Loading ...

Some U.S. state privacy laws offer their residents specific consumer privacy rights, which we respect as described in our **privacy policy** and **cookie policy**. To opt-out of our making available to third parties information relating to cookies and similar technologies for advertising purposes, select "Opt-Out". To exercise other rights such as "Do Not Sell My Personal Information", please email us at **"privacy@sbgtv.com"**.

Accept    Opt-Out    More Info