Kelly Weaver, DVM



October 1, 2020

The Honorable Judge Boone
U.S. Department of Justice
Eastern District of California-Fresno
2500 Tulare St • Suite 440 J
Fresno, CA 93721

Dear Judge Boone,

I received a letter today from the DOJ stating that there is a new hearing scheduled for tomorrow in regards to Mr. Patterson's case for a potential violation of his supervised release terms. I am writing you out of deep personal concern in this mailer. Mr. Patterson being able to work and have a source of income is crucial to my well-being at this time. He has been making payments to pay me back for money owed me.

I rely on Mr. Patterson making his reimbursement payments to me as they are my only source of income at this time. I have been unable to work due to a traumatic fall down a staircase resulting in multiple injuries. As a result of that accident and its sequela I am presently disabled. The payments from Mr. Patterson are set to be $8,900/mo. Over the past 2yrs Mr. Patterson has made payments when he has been able to. Sometimes he pays less and sometimes he pays more.

This is a very difficult letter for me to write to you. Having serious financial issues is not only embarrassing but terrifying as well. In the past, I've always been able to work hard and pay all of my own bills. Unfortunately, after working as a veterinarian for over 20yrs. I find myself in the position of having to rely on somebody else. It is my hope that Mr. Patterson will be able to continue to work lumJ and have an income to make his payments with. My retirement account has already been depleted and my credit cards maxed. These payments are truly all I have until I can literally get back on my feet again and back to work.

Thank you for your time and consideration.

Sincerely,

*[signature: Kelly Weaver, DVM]*

Kelly Weaver, DVM