Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH S. PATTERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH S.  PATTERSON,<br><br>Defendant. | Case No.: 1:19 CR  230 DAD/BAM<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER AT INITIAL APPEARANCE REGARDING ALLEGED VIOLATION OF PRETRIAL RELEASE<br><br>Date:  October 9, 2020<br>Time: 10:00 a.m.<br>Location: Hon. Stanley A. Boone |

I, Kevin P. Rooney, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California.

2. I am the attorney of record for defendant, Kenneth S. Patterson, in the above captioned case.

3. Attached to the motion are declarations of an expert, Dr. Beyrer, obtained from the Federal Defender's Office involved in coordinating national efforts to address the issued faced by people in custody caused by COVID-19.

4. I am informed and believe that the information contained within the declarations cited is true, correct, and prepared in connection with litigation regarding Covid-19 in the Western District of Washington.

1

5. Similarly, I relied on scientific documents prepared by the Federal Defender's Office in the Western District of Washington. I am informed and believe those documents to be scientifically accurate.

6. I am informed and believe that all factual assertions made within the motion are accurate, correct, and based on currently available scientific knowledge.

7. My assertions in this motion regarding a federal defendant exposed to COVID-19 at the Fresno County Jail on September 28-29, 2020, and before the defendant could make his initial appearance, is based on information provided to me by PreTrial Services Officer Elizabeth Gutierrez. I participated in the September 29 Initial Appearance through Zoom. The defendant was reportedly quarantined and appeared via telephone not through the customary Zoom process.

8. I personally downloaded attachments to this motion including a CDC report and a Valley Public Radio article and did not alter them.

9. On September 29, 2020, I spoke over the telephone with a woman who identified herself as Misty Atkins, Kenneth Atkins widow. Ms. Atkins confirmed that Mr. Patterson and her husband had been each other's best friend. Ms. Atkins advised me that Mr. Patterson would be the primary (perhaps only) speaker at her husband's memorial service and a pallbearer.

///

///

10. I calculated Mr. Patterson's BMI (body mass index) from an internet based application. I have some general familiarity with BMI and I believe the application produced an accurate result of 43.  I used a height of 5'10 and a weight of 300 pounds. I believe those figures to be accurate with the weight slightly understated.  Mr. Patterson provided me with a digital readout showing his weight at 307.6 pounds and I rounded down.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters alleged under information and belief, and as to those matters, I believe them to be true, and that this declaration was signed in the County of Fresno, State of California.

Dated: October 5, 2020                    /s Kevin Rooney_____
                                          Kevin P. Rooney