Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant. | Case No.: 1:19 CR 230 DAD/BAM<br><br>CORRECTION OF EXHIBIT 2 TO DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER<br><br>Date: October 14, 2020<br>Time: 2:00 p.m.<br>Location: Hon. Stanley A. Boone |

A corrected Exhibit 2 to the defendant's brief is attached to this pleading. Counsel inadvertently filed a digital version with alterations that occurred when Exhibit 2 was redacted to comply with the Local Rules. The attached is an accurate version with appropriate redactions.

Defense counsel regrets the inconvenience to the Court, PreTrial Services, and opposing counsel.

Dated: October 8, 2020                                Respectfully submitted,

                                                                                 /s Kevin Rooney
                                                                                KEVIN P. ROONEY
                                                                                Attorney for defendant
                                                                                KENNETH S. PATTERSON

1