| | |
|---|---|
| **From:** | richard beshwate |
| **To:** | Tennerelli, Vincente (USACAE) |
| **Subject:** | Re: Materials |
| **Date:** | Wednesday, February 26, 2020 11:59:29 AM |

Thank you for the information. Mr. Patterson reports that the information he received went immediately to his associate. He explained that he didn't realize that the information should not have gone to his email account, and should have send her his associates address. I will have them both available for the hearing today. I advised him that all communications involving financial documents should never be sent to him, only to his associate, and he understands that, and that he was attempting to stay in compliance with the pretrial orders by immediately forwarding it to his associate. I'll see you this afternoon, perhaps we can chat a bit prior to the hearing.

Richard A. Beshwate, Jr.,
Attorney at Law

> On Feb 26, 2020, at 11:41 AM, Tennerelli, Vincente (USACAE) <Vincente.Tennerelli@usdoj.gov> wrote:
>
> I will provide the recording when I receive it.
> <mime-attachment>
> <mime-attachment>
> <mime-attachment>
> <mime-attachment>

**From:** richard beshwate
**To:** Tennerelli, Vincente (USACAE)
**Subject:** Re: Materials
**Date:** Wednesday, February 26, 2020 12:05:06 PM

Additionally, I've learned that the attachments from the email were not actually delivered.

Richard A. Beshwate, Jr.,
Attorney at Law

> On Feb 26, 2020, at 11:41 AM, Tennerelli, Vincente (USACAE) <Vincente.Tennerelli@usdoj.gov> wrote:
>
>
> I will provide the recording when I receive it.
> <mime-attachment>
> <mime-attachment>
> <mime-attachment>
> <mime-attachment>