# Fresno County Jail Coronavirus Protocol
## (Screening, Housing, Transfer, and Treatment)

A. ALL arrestees will be screened by Wellpath medical personnel in the SALLY PORT before entering the facility. All screenings performed by medical staff will be done while adhering to donning/doffing of Coronavirus PPE.

B. No arrested person will be allowed into the facility prior to having their temperature taken, as well as the Coronavirus Supplemental Screening questionnaire completed, fit for confinement assessment completed and cleared by medical staff.

C. **The Process for Fit for Confinement is as follows:**
   1. The patient is brought into the sallyport by the arresting agency. Medical personnel assigned to the area are to complete the coronavirus screening form, collect vital signs, and fold each sheet. Provide paperwork to the officer.
   2. Officer delivers paperwork to the RN at prescreen inside the building.
      - The RN searches offender track, reviews paperwork, and assesses the patient out in the sally port to assess for fit for confinement and completes the fit for confinement form while donning coronavirus PPE.

D. **If a completed Coronavirus Screening questionnaire is positive:**
   1. A surgical mask must be provided and placed on the patient
   2. The patient will be assessed for acceptance or determine if medical clearance is needed in the Emergency Room
   3. Booking Sergeant, Watch commander, and the Wellpath RN Supervisor will be notified
      - RN Supervisor will notify Wellpath Admin staff

E. **AND If the patient requires medical clearance from the emergency room and is refused from the facility:**
   1. The arresting agency must transport the patient to CRMC in order to obtain medical clearance.
   2. The prescreen RN must call a Nurse-to-Nurse report to the CRMC Emergency Department Supervisor at 559-459-6383.
      - *Nurse to nurse reports should be documented in COR by the nurse and state the person's name, title and time the*

   *conversation occurred. Documentation should be entered in a sick call.*
   3. During business hours, the HSA or OneCare Coordinator will notify the Department of Public Health (DPH).
   4. Patient will be tested for Coronavirus in the emergency room and when the patient returns to custody, will be taken through the entrance by the Enrouter 2 cell to the appropriate cohort pod on Main Jail 4 (Yellow, Orange, or Red)
      - The patient will receive intake screenings and all required assessments and forms will be completed in the appropriate Main Jail 4 pod.

**F. If the patient is accepted into the facility:**
   1. Booking Sergeant, Watch Commander, and the Wellpath RN Supervisor will be notified
      - RN Supervisor will notify Wellpath Admin staff
      - HSA or OneCare Coordinator will notify DPH
   2. An Offender Track SPEC COND/MEDICAL alert should be placed stating "Droplet Precautions" with a reevaluation date of 30 days
      - <u>For review</u>: Search under MED in Offender Track.
   3. Droplet and contact precautions are initiated. Coronavirus PPE is donned by any staff, custody or medical personnel, who will be within 6 feet of contact with this patient.
   4. The patient will be brought back through the entrance by the Enrouter 2 Cell for isolation
   **5. The patient will be classified into a group by the intake RN according to the coronavirus flow sheet.**
   6. A rapid influenza swab will be taken from the patient in the booking area for Yellow cohort patients
   7. Nurse-to-Nurse report is called to the MJ4 RN and documented in CorEMR.
   8. Classification is called by Intake RN and notified where the patient should be housed on MJ4.
   9. The patient is then taken to the appropriate cohort pod on Main Jail 4.
   10. The usual intake process occurs on MJ4, to include completion of the Receiving Screening Form, PREA, and necessary consents.
   11. Patients with comorbidities will have a blue sign posted to their cell reading **"At Risk".**

- **"At Risk"** patients may require more frequent monitoring.
12. The patient will be evaluated by an RN on MJ4, to include a new set of vital signs, and implement the appropriate coronavirus monitoring
13. If appropriate, swab the patient for coronavirus and the swab will be frozen and transported to Lab Corp per lab protocol for this specimen sample.
14. Intake areas and all surfaces encountered by the patient will be disinfected per cleaning protocols for coronavirus/droplet transmission infectious diseases.

**G. If the patient has a suspected or confirmed positive case\* of COVID 19:**
  1. Watch Commander, and the Wellpath RN Supervisor will be notified
  2. RN Supervisor will notify Wellpath Admin staff
  3. HSA or Admin Designee will notify DPH
  4. The patient will continue to be isolated and quarantined in the Red (Suspected or Confirmed Coronavirus) pod. Positive coronavirus patients will remain in isolation for at least 14 days and only released when the Fresno County Department of Public Health and the Medical Director states the inmate may return to regular housing.
  5. The unit will remain locked-downed and quarantined; with no patient movement into or out of the pod unless deemed necessary. All custody and WellPath staff will use droplet precautions and follow guidance for prevention of coronavirus when interacting with these inmates.

\*Suspected or confirmed positive case: the patient has both signs and symptoms and a known/suspected exposure risk to a positive case. AND/OR has a positive confirmed COVID lab result. \*

\*\* Inmates refusing these coronavirus screening questions should not be allowed into the facility and should be directed to custody staff to encourage the patient to answer these questions.

# CORONAVIRUS SCREENING FORM

H. **ASYMPTOMATIC AND NO EXPOSURE ARRESTEES-** For a patient who answers "NO" to question 1 and "NO" to questions 2a-d (without symptoms and no coronavirus exposure risk), the patient is clear for intake with no housing restriction.

I. **GROUP 1 (YELLOW CATEGORY)** For a patient who answers "YES" to question 1 (fever or cough or sore throat or shortness of breath and "NO" to questions 2a-d (no coronavirus exposure risk) then test the patient for influenza using a rapid FLU test.

- If the flu test is ***positive***, house the patient with flu precautions and contact the on-call provider for orders.
- If the *rapid FLU test is **negative*** - Take the patient through the entrance by the enrouter 2 cell to Main Jail 4 and house in Yellow Pod.
- Nurse-to-Nurse report is called to the MJ4 RN and documented in CorEMR.
- Classification is called by Intake RN and notified where the patient should be housed on MJ4.
- The patient should be swabbed for COVID-19 the day of transfer to Yellow Pod (aka "Day One")
- Implement the *COVID-19 Provider's Order Form,* if applicable
- Follow and use the Wellpath *patient monitoring for a Quarantine Patient*.
- The patient must be placed in quarantine for 7 days or 3 days without fever and no use of antipyretic, whichever is longer.
- **Retest for COVID on day 7, with another test on day 8.**
- We need 2 consecutive negative results!
- OneCare Coordinator will notify DPH of the results.
- DPH, in collaboration with Medical Director and Admin staff will make a recommendation to custody to place the patient back to general population per classification, if appropriate.

**What to do?**
- Provide surgical mask to the patient to wear at all times when out of the isolation cell and a patient hygiene kit
- Perform the rapid FLU test in the booking area.
- Nurse-to-Nurse report is called to the MJ4 RN and documented in CorEMR.
- Classification is called by Intake RN and notified where the patient should be housed on MJ4.
- Implement the *COVID-19 Provider's Order Form,* if applicable
- Swab the patient for coronavirus on MJ4. The swab will be frozen and transported to Lab Corp per lab protocol for this specimen sample.
- Complete all intake forms and assessments in the appropriate Main Jail 4 quarantine cell while donning Coronavirus PPE and Droplet Precautions.
- Monitor vital signs and symptoms twice a day for 7 days or until afebrile without the use of antipyretic (Tylenol or Motrin) for 72 hours, whichever is longer. Use Wellpath FORM Monitoring for a Quarantine Patient.
- Maintain Quarantine for 7 days or 3 days without fever with no use of antipyretic, whichever is longer.
- **Retest for COVID on day 7, with another test on day 8.**
- Signage "DROPLET PRECAUTIONS YELLOW QUARANTINE" must be placed on the door that is easily visible.
- **Notify** HSA, RN Supervisor, on-call provider, Watch Commander, Sgt. on-duty, and the One Care Coordinator.
- **Location:** Designated Main Jail 4 Yellow Cohort cells/dorms (Medical Quarantine).

J. **GROUP 2 (ORANGE CATEGORY)** For a patient who answers "NO" to question 1 (no symptoms) and "YES" to any one of questions 2a-d (positive for coronavirus exposure risk).
   - Nurse-to-Nurse report is called to the MJ4 RN and documented in CorEMR.
   - Classification is called by Intake RN and notified where the patient should be housed on MJ4.
   - Take the patient through the entrance by the enrouter 2 cell, and house in the **ORANGE** cohort pod on Main Jail 4.

- Implement the *COVID-19 Provider's Order Form*, if applicable
- Implement in the Coronavirus Quarantine Monitoring protocol for 14 days.
- Test the patient on day 7 of quarantine and also day 14.
- We need 2 consecutive negative results!
- OneCare Coordinator will notify DPH of the results.
- DPH, in collaboration with Medical Director and Admin staff will make a recommendation to custody to place the patient back to general population per classification, if appropriate.

**What to do?**

- Provide surgical mask and hygiene kit
- Nurse-to-Nurse report is called to the MJ4 RN and documented in CorEMR.
- Classification is called by Intake RN and notified where the patient should be housed on MJ4.
- Take the patient through the entrance by the enrouter 2 cell, and house in the **ORANGE** cohort pod on Main Jail 4.
- Complete all intake forms and assessments in the quarantine cell while donning Coronavirus PPE and Droplet Precautions on MJ4
- Monitor vital signs and symptoms twice a day for 14 days. Use Wellpath FORM Monitoring for a Quarantine Patient.
- Maintain Quarantine for 14 days. Test the patient for COVID at day 7 and day 14, and contact HSA, DON, and Medical Director before releasing inmate into regular housing.
- Any patient that develops fever or cough or sore throat during quarantine from this group will need to be changed to Suspected or Confirmed COVID 19 Monitoring, moved to the Confirmed or Suspected Coronavirus **RED** pod, test swab performed by RN and sent to Lab Corp for Coronavirus following all lab protocols required for this specimen and notify Custody, HSA and Medical Director. One Care Coordinator will notify Department of Public Health.
    - o The patient will now be monitored using the Wellpath Suspected or Confirmed COVID 19 monitoring protocol.

K. **GROUP 3 (RED CATEGORY)** for a patient who answers "YES" to question 1 and "YES" to any questions 2a-d (symptoms and exposure risk

for coronavirus), the patient will be placed in isolation for 14 days. *Follow and use the Wellpath Patient Monitoring for Confirmed or Suspected COVID 19 Form and protocol.*

**What to do?**

- Provide surgical mask and hygiene kit
- **Notify** on-call provider, HSA, One Care Coordinator (One Care Coordinator will notify DPH of suspected coronavirus patient), RN Supervisor, Watch Commander, and Sergeant on-duty.
- Take the patient through the enrouter 2 cell entrance. RN will complete the fit for confinement form and if fit for confinement will be taken to the RED medical isolation pod for Suspected or Confirmed COVID 19 patients on Main Jail 4.
- Implement the *COVID-19 Provider's Order Form,* if applicable
- Place Signage "DROPLET PRECAUTIONS SUSPECTED COVID 19" on the cell door that is easily visible.
- Complete all intake forms and assessments in the Red pod isolation cell on Main Jail 4 while donning Coronavirus PPE and Droplet Precautions.
- Perform nasopharyngeal swab for COVID 19 and follow lab protocols for this specimen and send it to Lab Corp per protocol.
    o If the COVID test is negative at day 14, then retest the patient in 24 hours.
    o If both tests are negative and the patient is afebrile and improving, notify the OneCare Coordinator, HSA, Medical Director. The patient may be able to be released per DPH in collaboration with Wellpath Fresno Admin.
    o If positive, then repeat COVID testing every 3 days until 2 negative test results are received.
    o Once 2 negatives are received, and the patient is afebrile and improving, notify the OneCare Coordinator, HSA, Medical Director. The patient may be able to be released per DPH in collaboration with Wellpath Fresno Admin.
- Use *patient monitoring for confirmed or suspected COVID-19 form.*

- Monitor for symptoms and temperature twice a day for 14 days from the time of last potential exposure or until asymptomatic, whichever is longer. Use the Wellpath Patient Monitoring for Confirmed or Suspected COVID 19 Form and protocol.
- Patients who exhibit abnormal vitals or shortness of breath, contact on-call provider, transfer to ER, notify charge nurse, notify custody, and ER of transfer of a suspected COVID 19 patient. Document in Cor EMR the notifications that took place and with whom you spoke to.
- Patients in the **RED** pod should be provided hydration, Tylenol or Ibuprofen for antipyretics unless allergic to these and cough suppressants per standardized protocols.
- Once the patient is asymptomatic and no temperature > 100.0 degrees for 3 days without the use of Tylenol or Ibuprofen, test swab the patient for coronavirus and send to Lab Corp following all required procedures for this specimen.
- If the patient's coronavirus test swab is negative now and the patient is asymptomatic and afebrile for 3 days without the use of Tylenol or Ibuprofen, contact HSA, Medical Director, One Care Coordinator and Custody before releasing the patient to regular housing.
- **Locations**: Main Jail 4 **RED** Designated dorms and cells (Medical Isolation cells for Suspected or Confirmed COVID 19 patients)
- **Notify** HSA, Medical Director, One Care Coordinator, DON and Sgt on-duty

FEMALE PATIENT LOCATIONS:

Yellow: Bottom tier of MJ 4B
Orange: Top Tier of MJ 4B
Red: MJ4A Pod

# General Isolation Procedures: Screen, Isolate, Contain, Surveillance

L. All inmates must have a complete coronavirus and fit for confinement receiving screenings completed prior to entering the facility.
M. During Quarantine, there should be no new inmates transferred into the housing unit/dorms/cells.

N. All staff working in the quarantined area are required to wear appropriate PPE, and using careful hand hygiene, especially before entering other housing units.
O. Inmates are housed in designated dorm/cells/housing units: Main Jail 4th floor, designated **Yellow**, **Orange** or **Red** pods.
P. All coronavirus housing units must have daily monitoring according to protocol outlined above.
Q. Difference between isolation, medical isolation, and quarantine
    1. Isolation: Placing one patient by themselves
    2. Medical isolation: The Isolation and/or lock down of an entire pod
    3. Quarantine: approved by DPH and Wellpath, recommended to Custody Administrative staff.

## Principles of PPE

Healthcare workers and custody officers must follow the basic principles below to ensure that no infectious material reaches unprotected skin or mucous membranes while providing patient care.

- Donning
    - PPE must be donned correctly in proper order before entry into the patient care area; PPE should not be later modified while in the patient care area.
- Doffing
    - Removing used PPE is a high-risk process that requires a structured procedure, a trained observer, a doffing assistant in some situations, and a designated area for removal to ensure protection.
    - PPE must be removed slowly and deliberately in the correct sequence to reduce the possibility of self-contamination or cross-contamination.
- Follow CDC guidelines/sequence for putting on PPE. Signage will be available for everyone to review.
- There should be garbage disposal for PPE on each quarantine/isolation dorm.

## MEDICAL STAFF REMINDERS

- A RN sick call task, as well as a One-Care Admin task, will be created in these bookings. The task should read:
    - "Suspected COVID 19 as evidenced by the following s/s: (list here; positive Coronavirus screening form, traveled to certain place, temperature, etc). Please test the patient for COVID 19 and implement appropriate coronavirus monitoring according to protocol."

- If the patient is determined to receive a coronavirus testing swab- follow testing guidelines and LabCorp protocol for storing specimen samples.

- Intake areas/work stations and all surfaces encountered by the patient will be disinfected per cleaning guidelines for coronavirus/droplet transmission infectious diseases.

- When a patient/inmate was already housed and develop symptoms, then the whole unit will remain locked-down and quarantine, with no patient/inmate movement into or out of the dorm/block unless deemed necessary.  All custody and Wellpath staff will use droplet precautions and follow the guidelines for the prevention of coronavirus when interacting with these patients/inmates. Charge Nurse must notify custody, Wellpath Administration, Medical Director and Admin Designee. The suspected patient will be tested for coronavirus and Monitoring for a Quarantined Patient form and process will be implemented on all inmates in this pod.

## **RELEASED INMATES**

- Patient must be given a community resource packet and sign and be given the "Discharge instructions for Suspected or Confirmed COVID 19 patients" handout if being released from a **Red** cohort pod and scanned into COR EMR. Charge Nurse must notify the Department of Public Health and One Care Administrator of release.
- Patient must be given a community resource packet and the "COVID 19 Supplemental Discharge" handout after it has been completed, signed and scanned into COR EMR if being released from a **Yellow** or **Orange** cohort pod. Charge Nurse must notify the Department of Public Health and One Care Administrator of release.

\*\*\* If we have an afterhours discharge, RN Supervisors must do the following:

**Released/Bailed Out COVID Suspect Cases:**
1. Please send an email to include the usual mumps/COVID Discharge Information as well as their color category
2. Ensure that a packet was provided from DPH, document that for each patient
3. Please send this separately from the RN Huddle and Line List Emails

4. Send to the following: Jamie Silveira, Crystal Vera, Terry Ramirez, Dr. Boggs, and Kelly Lister

**FRESNO COUNTY JAIL COVID-19 INFORMATION**

**April 9, 2020**

**Current Conditions**

- <mark>One</mark> ~~No~~ inmate and <mark>no</mark> jail personnel have tested positive for COVID-19 as of the above date
- Federal inmates at Fresno County Jail (FCJ) are housed mixed with other inmates based on classification (not separated in a particular pod like Lerdo).
- Inmates are housed in one of 3 jails
- Main Jail consists of 5 housing floors with 6 pods and a lockdown area for high security inmates on each floor.
- The Main Jail 2nd floor is the jail infirmary and can accommodate clinic level treatment. Any higher level of treatment is sent out to Community Regional Medical Center (CRMC) hospital
- North jail consists of 4 housing floors with 6 pods on each floor. These housing pods are open dormitory style housing holding 72 inmates in each pod.
- South Annex Jail consists of 3 housing floors with multiple housing pods on each floor. These pods are mostly open dormitory style housing holding between 12-50 inmates in each pod. 1 pod in this jail holds the highest risk inmate in secluded housing.
- The FCJ typically operates at capacity year round.[1]
- Food supplies have been uninterrupted. Should interruption occur, FCJ has provisions to last many weeks.

**Hygiene and Cleaning at Fresno County Jail**

- When/If we begin quarantining inmates they will be allowed ~~1~~ <mark>1.5</mark> hours per day to use phone and shower.
    - During that time they are also provided cleaning materials (mops, disinfecting solution, etc.) to clean their cells.
- Common areas of the housing units are being disinfected daily. All phone areas have disinfectant spray, as well as directions for inmates to clean phones with the disinfectant spray before/after each use.
- Soaps and shampoos and other supplies are continuing to be sold at the commissary. If inmate does not have the means to purchase those items, basic hygiene materials

---

[1] FCJ is bound by a Federal Consent Decree (*Cruz vs. County of Fresno*) to release inmates when individual housing units reach 90% capacity (non-federal inmates are released when this capacity is reached).

(including antibacterial soap) is provided free of cost, upon request. ==All inamtes are given an anti-bacterial bar of soap every two weeks to wash with for free.==

- Inmates are provided fresh laundry (including clothing and linens) one time per week.
- **Booking area is closed each day from 7 am to 8 am for a full sanitation using a bleach/water mixture.**
- **Quarantine area – full sanitation when an inmate leaves the area; after showers, shower is cleaned with a bleach/water solution**
- Deputies are using personal protective equipment (PPE) when contacting or moving inmates, by wearing masks and gloves.
- The protocol should any prisoner test positive for COVID-19 in the future is:  If deputies are contacting an inmate who has tested positive for COVID-19 exposure, they are wearing full PPE coverings (including gowns, N-95 masks, and gloves), and are discarding those items after each use.
- ==All inmates have been provided cloth face mask to wear. Each new inmate is given a cloth mask during the booking process.==

## Visitation

Social Visits – all social contact visits with family/friends have been stopped.  Prisoners are allotted 6 free calls per week.  Legal visits continue with the addition of the capability to visit in the area previously used for social visits that has a glass separator between the inmate and attorney (recording of the communications in this area have ceased).  There is also the ability for phone communication.


## Testing for COVID-19

- ==When an inmate arrives at FCJ, they are pre-screened in the sally port area.  A medical assistant takes their temperature and asks questions regarding travel to high risk areas or contact with a known COVID-19 person.==
    - ==If either of these screenings are positive (temp over 100.4 or travel to a high risk area), the inmate is taken to a secondary screening area where a nurse does a further evaluation.  They are taken via a route that other inmates do not travel.  If the inmate only has an elevated temperature and no other symptoms, the inmate is housed in a separate area of the jail and monitored further.  Currently, because of the low numbers of inmates in this category, they are being housed in negative pressure cells.== **See new attached booking protocols**

- FCJ has Well Path under contract for medical services and are fully provisioned with emergency plans in place.