Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant. | Case No.: 1:19 CR 230 DAD/BAM<br><br>NEW EXHIBIT TO DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER – DOCUMENTATION RE MEDICAL TREATMENT ON OCTOBER 13, 2020<br><br>Date: October 14, 2020<br>Time: 2:00 p.m.<br>Location: Hon. Stanley A. Boone |

On October 13, 2020, Mr. Patterson saw his primary care physician for follow-up treatment for his right knee injuries suffered on September 20, 2020 and a report regarding this treatment is attached as Exhibit 7.  (Those injuries are also noted in paragraph 9 of the medical report previously submitted under seal.)  Mr. Patterson has been referred for evaluation regarding potential orthopedic surgery to address these injuries.

Dated: October 13, 2020                             Respectfully submitted,

                                                    /s Kevin Rooney
                                                    KEVIN P. ROONEY
                                                    Attorney for defendant
                                                    KENNETH S. PATTERSON