

# NORTH FRESNO
## PRIMARY CARE, INC.

1805 E. FIR AVENUE SUITE 101 FRESNO, CA. 93720
PHONE (559)298-9600 FAX (559)298-9605
www.northfresnoprimarycare.com
**IGNACIO GUZMAN, M.D., JUAN BAUTISTA, M.D.**

RE: Kenneth Patterson
DOB: 05/18/1977

To Whom It May Concern,

My patient, Kenneth Patterson, was seen in my office today for treatment of his right knee meniscus tears and cystic mass. In order to reduce his pain and inflammation, I injected cortisone into his knee. Additionally, I added a Growth Hormone Fragment and BPC-157 (Body Protective Compound 157) injections into his knee joint to improve the cellular injuries that are present in his knee. Mr. Kenneth Patterson is also awaiting orthopedic surgery evaluation of his right knee. This can take days to weeks due to the given Covid-19 crisis.

Sincerely,

Ignacio Guzman, MD

10/13/2020