McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare St., Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-230-DAD-BAM |
|---|---|
| Plaintiff, | NOTICE OF REQUEST TO SEAL EXHIBITS A AND B TO GOVERNMENT'S REQUEST TO REOPEN DETENION HEARING UNDER 18 U.S.C. § 3142(F) BASED ON NEW INFORMATION AND BRIEF IN SUPPORT OF REVOCATION UNDER 18 U.S.C. § 1348 AND IN RESPONSE TO DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER AT INITIAL APPEARANCE |
| v. | |
| KENNETH SHANE PATTERSON, | |
| Defendants. | |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Vincente A. Tennerelli, provides notice that it is requesting to file under seal (1) Exhibits 2 and 3 to the government's Request to Reopen Detention Detention Hearing Under 18 U.S.C. § 3142(f) Based on New Information and Brief in Support of Revocation Under 18 U.S.C. § 1348 and in Response to Defendant's Brief Addressing Potential Detention Order at Initial Appearance based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that these documents remain under seal until further Order of the Court.

1  The aforementioned documents were electronically transmitted to the Court on October 9, 2020.

2  Copies of the documents were served on defendant Kenneth Shane Patterson.

3  Dated: October 9, 2020

           McGREGOR W. SCOTT
           United States Attorney

           By: /s/ VINCENTE A. TENNERELLI
           VINCENTE A. TENNERELLI
           Assistant United States Attorney