MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00230-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF INITIAL APPEARANCE ON PRETRIAL RELEASE VIOLATION |
| v. | |
| KENNETH SHANE PATTERSON, | DATE: October 14, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an initial appearance on defendant's alleged pretrial release violation on October 14, 2020. Docket No. 44.

2. By this stipulation, defendant now moves to continue this hearing until October 16, 2020 for the following reasons:

    a) The government and defendant anticipate that detention is likely to be contested at the initial appearance. *See* Docket Nos. 49, 59, 61.

    b) Defendant's alleged violation relates to a September 19, 2020 incident involving the Pismo Beach Police Department. *See* Docket No. 44. The government and defendant have independently requested bodycam footage from that incident. Defendant received his copy

1

yesterday, but it appears to be corrupted. The government expects to receive its copy today or tomorrow and will provide a copy to defendant. However, because neither party has viewed the footage, continuing the hearing is warranted.

        c)      Moreover, because defendant contends that he should not be detained, in part, based on his health, the government is conferring with Fresno County Jail regarding the jail's ability to accommodate Patterson's needs. The government requires additional time to complete this process.

IT IS SO STIPULATED.

Dated: October 14, 2020              McGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ VINCENTE A. TENNERELLI
                                                   VINCENTE A. TENNERELLI
                                                   Assistant United States Attorney

Dated: September 14, 2020          /s/ KEVIN P. ROONEY
                                                   KEVIN P. ROONEY
                                                   Counsel for Defendant
                                                   KENNETH SHANE PATTERSON

## FINDINGS AND ORDER

Based upon the stipulation, the initial appearance is continued to Friday, October 16, 2020 at 2:00 pm in Courtroom Number 9. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __October 14, 2020__

UNITED STATES MAGISTRATE JUDGE

2