MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. KENNETH SHANE PATTERSON, Defendants. | CASE NO. 1:19-CR-230-DAD-BAM<br><br>SUPPLEMENTAL BRIEF IN SUPPORT OF GOVERNMENT'S REQUEST TO REOPEN DETENION HEARING UNDER 18 U.S.C. § 3142(F) BASED ON NEW INFORMATION AND BRIEF IN SUPPORT OF REVOCATION UNDER 18 U.S.C. § 1348 AND IN RESPONSE TO DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER AT INITIAL APPEARANCE<br><br>DATE: October 16, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |
|---|---|

   The United States, by and through Assistant United States Attorney Vincente A. Tennerelli, hereby submits this supplemental brief in support of the government's request to reopen defendant's detention hearing, in support of revocation under 18 U.S.C. § 1348, and in response to defendant's Brief Addressing Potential Detention Order at Initial Appearance Regarding Alleged Violation of Pretrial Release.  *See* Dkt. 59.

    Today, the government received bodycam footage and the 911 call from defendant's September 19, 2020 hit-and-run incident in Pismo Beach, CA.  Exhibit A to this supplemental brief is the bodycam footage. Exhibit B to this supplemental brief is the 911 call. The government intends to lodge these materials with the Court by uploading them to Box once the government receives instructions from the Court.

GOV'T RESP. MOT. TO REOPEN DET. HR'G & MEM. IN
SUPP. OF REVOCATION & RESP. TO DEF.'S BR.

1

The government notes the following excerpts from Exhibit A (the bodycam footage):

- At :08-:13, the start of the footage, defendant tells police that he was not in the car that crashed and that he "got woke up."
- At :40-:48, defendant confirms that he is the owner of the car that crashed. He states that his best friend and a "buddy" took his car to get more beer and "one of them wrecked it."
- From approximately 2:00 to 9:00 on the recording, officers begin questioning defendant's friend. Defendant stands nearby and periodically interrupts the interview and repeatedly instructs his friend not to speak to officers.
- At 6:52-7:50, defendant's friend removes his shirt at the officers' request to show officers his injuries. He notes pain on his right shoulder, which "feels like a separated shoulder."
- At 7:50-57, defendant states that he was at the house at the time of the accident.
- At 10:50-10:57, defendant states that his friend and the buddy "had weed in the car."
- At 11:55-12:40, defendant began asking the police what his friend "or anybody" was "looking at right now." The police responded that defendant would not be going to jail, that the police were not pursuing a DUI, and that they were investigating a hit and run.
- At 12:50-12:55, Patterson tells the questioning officer, "You know what happened.  Just don't fuck us over."
- At 13:13-13:25, defendant admits he was driving the vehicle. He apologizes to the questioning officer.
- At 16:10-16:25, the officer states to Patterson, "You didn't want to get a DUI."  Patterson responds, "Yeah, bro.  100 percent." Patterson then says he had "a few beers watching the fight" and that he and his friend "wanted more ice."
- At 16:35-16:42 and 17:10-15. The officer asks, "You're not injured?" Defendant responds, "No, I'm fine." Patterson tells the officer he does not need to be examined by medics.

The government note the following excerpts from Exhibit B (the 911 call):

- At :40-:47, defendant identifies himself as the caller.
- Throughout the call, defendant's speech is slow, and defendant sounds impaired.

GOV'T RESP. MOT. TO REOPEN DET. HR'G & MEM. IN
SUPP. OF REVOCATION & RESP. TO DEF.'S BR.

2

- At :15-:36, defendant tells the operator his friend was in an accident but that he was asleep.

Dated: October 14, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

GOV'T RESP. MOT. TO REOPEN DET. HR'G & MEM. IN SUPP. OF REVOCATION & RESP. TO DEF.'S BR.

3