Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KENNETH SHANE PATTERSON,<br><br>  Defendant. | Case No.: 1:19 CR  230 DAD/BAM<br><br>DEFENSE FILING OF PARTIALLY REDACTED EXHIBIT TO DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER<br><br>Date:  October 14, 2020<br>Time: 2:00 p.m.<br>Location: Hon. Stanley A. Boone |

The defense previously sought to file this exhibit under seal to protect an individual's privacy.  The Court has ordered the public filing of a partially redacted version of the exhibit and this pleading complies with the Court's order.

Dated:  October 14, 2020                    Respectfully submitted,

                                             /s Kevin Rooney
                                            KEVIN P. ROONEY
                                            Attorney for defendant
                                            KENNETH S. PATTERSON

1