**Kevin Rooney**

From: Ken Patterson <████████████>
Sent: ████ September ██ 2020 ████
To: Kevin Rooney

6:54

**Ken Patterson** ████████████
and **4 others**.
September ████

████████████ you are one of my closest and best friends and today is a really really sad and horrible day, you went way to soon I'm gonna miss you more than you know... you we're one of the good ones with a great heart that would do anything for anyone... you were to kind for this world, time to go see our father and I'll... See More

👍 Like    💬 Comment    ↗ Share

1





Ken Patterson