# EXHIBIT 2

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 24, 2020 at 3:57:03 PM PDT | 18057737077 | 375 | 14 | Received |

Case 1:19-cr-00230-DAD-BAM    Document 68-1    Filed 10/14/20    Page 2 of 15

09/24/2020 4:10 PM FAX 18057737077    PISMO BEACH PD RECORDS    ☒0001/0014



# PISMO BEACH POLICE DEPARTMENT

1000 Bello Street ■ Pismo Beach, CA 93449
Phone: (805) 773-2208 ■ Fax: (805) 773-7077

# FAX TRANSMITTAL

**To:** Jessica McConville     **From:** Nicole

**Company:** US District Court     **Dept:** Records

**Fax:** 559-499-5773     **Date:** 9/24/20

**Re:**     **Pages:** 14

☐ URGENT     ☐ PLEASE REPLY     ☐ FOR YOUR REVIEW     ☒ INFORMATION ONLY

CONFIDENTIAL NOTIFICATION: This communication is intended to be confidential and for the use of only the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify the Pismo Beach Police Department at the above number. Thank you.

UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES AGENCY

**Gina L. Faubion**
Chief Pretrial Services Officer

**Beth A. Wetteland**
Deputy Chief Pretrial Services Officer

Robert T. Matsui United States Courthouse
501 I Street, Suite 2-400
Sacramento, California 95814
Tel: (916) 930-4350



**REPLY TO:**

Robert E. Coyle Federal Courthouse
2500 Tulare Street, Suite 3601
Fresno, California 93721
Tel: (559) 499-5770
FAX: (559) 499-5773

September 21, 2020

REPLY TO FRESNO

Pismo Beach Police Department
Fax: (805) 773-3505

RE: Kenneth Shane Patterson
DOB: 5/18/1997
Federal Court Case: 1:19-CR-00230-DAD-BAM
Your Case Number: 201684
CRIME/INCIDENT REPORTS REQUEST

Pismo Beach Police Department:

The above-named defendant is currently under supervision by the U.S. Pretrial Services Agency in the United States District Court - Eastern District of California. Please refer to Title 18, United States Code, Section 3154, regarding the statutory authority of our agency.

Please provide a copy of the crime/incident report, and any supplemental reports as well, relating to Mr. Kenneth Shane Patterson's contact with your agency in the early morning hours on Sunday, September 20, 2020. A copy of reports in this case will assist in assessing the defendant's compliance with federal court ordered conditions of release.

Our fax number is (559) 499-5773. You may also reach me via email at jmcconville@caept.uscourts.gov or by phone at (559) 499-5780. Thank you for your assistance in this matter.

Sincerely,

*Jessica McConville*
United States Pretrial Services Officer
2500 Tulare Street, Suite 3601
Fresno, California, 93721



**FROM**

Name: Jessica McConville

Phone: 5594995781　Fax: 559-538-1368

**TO**

98057733505

Sent: 9/22/20　at: 10:37:26 AM　2 page(s) (including cover)

Subject: Police Report Request



# PISMO BEACH
# POLICE DEPARTMENT

1000 BELLO STREET
PISMO BEACH, CA 93449
(805) 773-2208

## INCIDENT REPORT

| CASE NUMBER | SUPPLEMENT NUMBER |
|---|---|
| 201684 | |
| CASE TYPE | CAD EVENT NUMBER |
| TRAFFIC | 2009190114 |
| REPORTING OFFICER | REPORT DATE |
| P116 - LAUGHLIN, KYLE | 09/19/2020 |

### INCIDENT

| LOCATION | | OCCURRED | DATE | TIME | DAY |
|---|---|---|---|---|---|
| 2500 BLOCK COBURN PISMO BEACH, CA 93449 | | ON OR FROM | 09/19/2020 | 23:53 | SAT |
| PREMISE NAME | JURISDICTION | TO | 09/20/2020 | 02:00 | SUN |
| | PBPD | | | | |
| ZONE | BEAT | REPORTED | 09/19/2020 | 23:53 | SAT |
| 2 | | | | | |

RELATED CASE NUMBERS

### SYNOPSIS
Hit and run traffic collision report (see related TC report).

---

COPY - NOT TO BE DUPLICATED

THIS COPY CONSISTING OF ___11___ PAGES IS FURNISHED FOR THE EXCLUSIVE USE OF _US District Court E District of CA_ AND IS NOT TO BE DUPLICATED, COPIED, OR FURNISHED TO ANY OTHER PERSON OR AGENCY EXCEPT AS PROVIDED BY LAW WITHOUT THE EXPRESS PERMISSION OF THE PISMO BEACH POLICE DEPARTMENT AND IS TO BE RETURNED TO THE PISMO BEACH POLICE DEPARTMENT UPON DEMAND

CHIEF OF POLICE

BY: _N. Robles_
DATE: _9/24/20_

---

### ADDITIONAL INFORMATION

☐ ID THEFT   ☐ LARCENY   ☐ CC
☐ BURGLARY   ☐ ROBBERY   ☐ DF
☐ THEFT FROM VEHICLE           ☐ DA CASE
SPECIAL DUTY

### STATUS

| CASE STATUS | CASE STATUS DATE | DISPOSITION | DISPOSITION DATE | APPROVAL | APPROVAL DATE |
|---|---|---|---|---|---|
| CLSD | 09/23/2020 | CWA | 09/23/2020 | P086 - HERLIHY, DAN | 09/23/2020 |

FOR OFFICIAL USE ONLY  PAGE 1 of 2 TOTAL PAGES

# INCIDENT REPORT — PISMO BEACH POLICE DEPARTMENT

**CASE NUMBER:** 201684

## OFFENSES

| ENTRY NO | VIOLATION/STATUTE | OFFENSE DESCRIPTION | ATTEMPTED | LEVEL | DEGREE | COUNTS | NCIC CODE | BCS CODE | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20002(A)VC | ANY VEH IN ACCIDENT CAUSING DAMAGE/STOP | N | M | | 1 | | 867 | | |

**AGENCY CLASSIFICATION:** 20002(A)VC
**LOCATION OF OFFENSE:** PISMO BEACH

## SUSPECTS

| ENTRY NO | INVOLVEMENT | NAME: LAST, FIRST, MIDDLE |
|---|---|---|
| 1 | AR | PATTERSON, KENNETH SHANE |

**HOME ADDRESS:** 2342 E RUSH FRESNO CA 93730
**HOME PHONE:** (559) 797-6898
**OTHER PHONE:** (559) 797-6898
**DOB:** 05/18/1977  **AGE:** 43  **SEX:** M  **RACE:** W  **JUV:** N  **LTH:** N  **HEIGHT:** 510  **WEIGHT:** 275  **HAIR:** BRO  **EYES:** BLU  **RESIDENCY:** N
**DL NUMBER:** B4872860  **DL ST:** CA  **SSN:** 569992799  **FBI ID:** 697999FB5  **STATE ID:** A11034265  **LOCAL:** 14255

### ARREST — 1 AR PATTERSON, KENNETH SHANE

**ARREST DATE:** 09/20/2020 01:45
**OFFICER:** P116/P116-LAUGHLIN, KYLE
**ARREST LOCATION:** PISMO BEACH
**CITATION NUMBERS:** C0324451

### CHARGES

| ENTRY NO | VIOLATION CODE | VIOLATION DESCRIPTION | ATTEMPTED | LEVEL | DEGREE | COUNT | NCIC CODE | BCS CODE | AGENCY CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 20002(A)VC | ANY VEH IN ACCIDENT CAUSING DAMAGE/STOP | N | M | | 1 | | 867 | 20002(A)VC |

**CITATION NO:** C0324451

## PROPERTY

| ENTRY NO | INVOLVEMENT | TYPE | QUANTITY | DESCRIPTION | CUSTODY STATUS |
|---|---|---|---|---|---|
| 1 | EVIDENCE | 53 | 19 | DIGITAL IMAGES | SUBMITTED |
| 2 | EVIDENCE | 53 | 2 | WATCHGUARD BODY CAMERA VIDEO | SUBMITTED |

# STATE OF CALIFORNIA
## TRAFFIC COLLISION REPORT
CHP 555 Page 1 (Rev. 11-06) OPI 065

Page 1 of 7

**SPECIAL CONDITIONS:** PROPERTY DAMAGE ONLY
**NUMBER INJURED:** 1
**HIT & RUN FELONY:**
**CITY:** PISMO BEACH
**JUDICIAL DISTRICT:** SLOSC
**LOCAL REPORT NUMBER:** 201684
**NUMBER KILLED:** 0
**HIT & RUN MISDEMEANOR:** X
**COUNTY:** SAN LUIS OBISPO
**REPORTING DISTRICT:** 2
**BEAT:**
**DAY OF WEEK:** SAT
**TOW AWAY:** X YES ☐ NO

### LOCATION
**COLLISION OCCURRED ON:** CORBURN
**MO. DAY YEAR:** 09/19/2020
**TIME (2400):** 2348
**NCIC #:** 4005
**OFFICER I.D.:** P116
**MILEPOST INFORMATION:**
**GPS COORDINATES LATITUDE / LONGITUDE:**
**PHOTOGRAPHS BY:** D. HERLIHY ☐ NONE
**AT INTERSECTION WITH / OR:** X 180 FEET N OF PADDOCK
**STATE HWY REL:** ☐ YES X NO

### PARTY 1
**DRIVER'S LICENSE NUMBER:** B4872860
**STATE:** CA
**CLASS:** L
**AIR BAG:**
**SAFETY EQUIP.:** G
**VEH. YEAR:** 2017
**MAKE/MODEL/COLOR:** TESL S10 BLK
**LICENSE NUMBER:** 8STF418
**STATE:** CA
**DRIVER NAME (FIRST, MIDDLE, LAST):** X KENNETH SHANE PATTERSON
**OWNER'S NAME:** ☐ SAME AS DRIVER — THE ASSOCIATES INC
**STREET ADDRESS:** 2342 E RUSH
**OWNER'S ADDRESS:** ☐ SAME AS DRIVER — 1526 CYPRESS AVE., CLOVIS, CA 93611 US
**CITY/STATE/ZIP:** FRESNO, CA 93730
**DISPOSITION OF VEHICLE ON ORDERS OF:** X OFFICER ☐ DRIVER ☐ OTHER — TOWED
**SEX:** M **HAIR:** BRO **EYES:** BLU **HEIGHT:** 510 **WEIGHT:** 275 **BIRTHDATE:** 05/18/1977 **RACE:** W
**PRIOR MECHANICAL DEFECTS:** X NONE APPARENT ☐ REFER TO NARRATIVE
**HOME PHONE:** (559) 797-6898
**BUSINESS PHONE:**
**VEHICLE IDENTIFICATION NUMBER:** 5YJSA1E21HF193990
**VEHICLE TYPE:** 01
**DESCRIBE VEHICLE DAMAGE:** ☐ UNK ☐ NONE ☐ MINOR ☐ MOD X MAJOR ☐ ROLL-OVER
**INSURANCE CARRIER:** IFINITY COMMERCIAL AUTO
**POLICY NUMBER:** 504-61013-9083-001
**DIR OF TRAVEL:** N **ON STREET OR HIGHWAY:** COBURN LANE **SPEED LIMIT:** 25

### PARTY 2
**DRIVER'S LICENSE NUMBER:**
**STATE:**
**CLASS:**
**AIR BAG:**
**SAFETY EQUIP.:**
**VEH. YEAR:** 2020
**MAKE/MODEL/COLOR:** TESL 30 BLK
**LICENSE NUMBER:** REDACTED
**STATE:** CA
**DRIVER NAME:**
**OWNER'S NAME:** ☐ SAME AS DRIVER — REDACTED
**STREET ADDRESS:**
**OWNER'S ADDRESS:** ☐ SAME AS DRIVER — REDACTED
**CITY/STATE/ZIP:**
**DISPOSITION OF VEHICLE ON ORDERS OF:** ☐ OFFICER ☐ DRIVER X OTHER — JOHNBOY'S TOWING
**BICYCLIST:** X
**SEX / HAIR / EYES / HEIGHT / WEIGHT / BIRTHDATE / RACE:**
**PRIOR MECHANICAL DEFECTS:** X NONE APPARENT ☐ REFER TO NARRATIVE
**HOME PHONE:**
**BUSINESS PHONE:**
**VEHICLE IDENTIFICATION NUMBER:** REDACTED
**VEHICLE TYPE:** 01
**DESCRIBE VEHICLE DAMAGE:** ☐ UNK ☐ NONE ☐ MINOR ☐ MOD X MAJOR ☐ ROLL-OVER
**INSURANCE CARRIER:** REDACTED
**POLICY NUMBER:** REDACTED
**DIR OF TRAVEL:** N **ON STREET OR HIGHWAY:** CORBURN **SPEED LIMIT:** 25

### PARTY 3
**DRIVER'S LICENSE NUMBER:**
**STATE:**
**CLASS:**
**AIR BAG:**
**SAFETY EQUIP.:**
**VEH. YEAR:** 2003
**MAKE/MODEL/COLOR:** TOYT TAC TAN
**LICENSE NUMBER:** REDACTED
**STATE:** CA
**DRIVER NAME:**
**OWNER'S NAME:** ☐ SAME AS DRIVER — REDACTED
**STREET ADDRESS:**
**OWNER'S ADDRESS:** ☐ SAME AS DRIVER — REDACTED
**CITY/STATE/ZIP:**
**DISPOSITION OF VEHICLE ON ORDERS OF:** ☐ OFFICER ☐ DRIVER X OTHER — REDACTED
**PARKED VEHICLE:** X
**SEX / HAIR / EYES / HEIGHT / WEIGHT:**
**BIRTHDATE:** 04/18/1980
**RACE:**
**PRIOR MECHANICAL DEFECTS:** X NONE APPARENT ☐ REFER TO NARRATIVE
**HOME PHONE:**
**BUSINESS PHONE:**
**VEHICLE IDENTIFICATION NUMBER:** REDACTED
**VEHICLE TYPE:** 01
**DESCRIBE VEHICLE DAMAGE:** ☐ UNK ☐ NONE X MINOR ☐ MOD ☐ MAJOR ☐ ROLL-OVER
**INSURANCE CARRIER:** REDACTED
**POLICY NUMBER:** REDACTED
**DIR OF TRAVEL:** N **ON STREET OR HIGHWAY:** COBURN **SPEED LIMIT:** 25

**PREPARER'S NAME:** KYLE LAUGHLIN, P116
**DISPATCH NOTIFIED:** ☐ YES ☐ NO X N/A
**REVIEWER'S NAME:** DAN HERLIHY, P086
**DATE REVIEWED:** 09/23/2020

o555_b06.frp

# STATE OF CALIFORNIA
## TRAFFIC COLLISION CODING
CHP 555 Page 2 (Rev. 11-06) OPI 065

Page 2 of 7

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09/19/2020 | 2348 | 4005 | P116 | 201684 |

**PROPERTY DAMAGE**
- OWNER'S NAME: UNKNOWN
- OWNER'S ADDRESS: 2528 COBURN LN
- NOTIFIED: YES ☐ X ☒
- DESCRIPTION OF DAMAGE: VERY MINOR DAMAGE TO CINDER BLOCK WALL APPROX. 6 INCH BY 8 INCH CHIP WHERE BLOCK BROKE OFF. MISC. DAMAG[E]

### SEATING POSITION
1 - DRIVER
2 TO 6 - PASSENGERS
7 - STATION WAGON REAR
8 - REAR OCC. TRK. OR VAN
9 - POSITION UNKNOWN
0 - OTHER

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED

### SAFETY EQUIPMENT
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE

### M/C BICYCLE - HELMET
DRIVER  PASSENGER
V - NO   X - NO
W - YES  Y - YES

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

### INATTENTION CODES
A - CELLPHONE HANDHELD
B - CELLPHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

| PRIMARY COLLISION FACTOR / LIST NUMBER (#) OF PARTY AT FAULT | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION |
|---|---|---|---|---|---|---|---|---|---|
| 1 A VC SECTION VIOLATED 22350 CITED X NO | A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED |
| | B CONTROLS NOT FUNCTIONING* | | | | B CELL PHONE HANDHELD IN USE | X | | | B PROCEEDING STRAIGHT |
| B OTHER IMPROPER DRIVING* | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD |
| | X D NO CONTROLS PRESENT / FACTOR* | X | | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN |
| C OTHER THAN DRIVER* | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN |
| D UNKNOWN* | A HEAD - ON | | | | F 75 FT MOTORTRUCK COMBO | | | | F MAKING U TURN |
| | B SIDE SWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING |
| | X C REAR END | | | | H | | | | H SLOWING / STOPPING |
| WEATHER (MARK 1 TO 2 ITEMS) | D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE |
| A CLEAR | E HIT OBJECT | | | | J | | | | J CHANGING LANES |
| B CLOUDY | F OVERTURNED | | | | K | | | | K PARKING MANEUVER |
| C RAINING | G VEHICLE / PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC |
| D SNOWING | H OTHER* | | | | M | | | | M OTHER UNSAFE TURNING |
| X E FOG / VISIBILITY FT. | | | | | N | | | | N XING INTO OPPOSING LANE |
| F OTHER* | MOTOR VEHICLE INVOLVED WITH | | | | O | X | X | | O PARKED |
| G WIND | A NON - COLLISION | | | | | | | | P MERGING |
| LIGHTING | B PEDESTRIAN | | | | | | | | Q TRAVELING WRONG WAY |
| A DAYLIGHT | C OTHER MOTOR VEHICLE | 1 | 2 | 3 | OTHER ASSOCIATED FACTOR(S) (MARK 1 TO 2 ITEMS) | | | | R OTHER * |
| B DUSK - DAWN | D MOTOR VEHICLE ON OTHER ROADWAY | | | | A VC SECTION VIOLATION: CITED YES NO | | | | |
| X C DARK - STREET LIGHTS | X E PARKED MOTOR VEHICLE | | | | | | | | |
| D DARK - NO STREET LIGHTS | F TRAIN | | | | B VC SECTION VIOLATION: CITED YES NO | | | | |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | G BICYCLE | | | | | | | | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) |
| ROADWAY SURFACE | H ANIMAL: | | | | C VC SECTION VIOLATION: CITED YES NO | 1 | 2 | 3 | |
| X A DRY | I FIXED OBJECT: | | | | D | | | | A HAD NOT BEEN DRINKING |
| B WET | | | | | E VISION OBSCUREMENT: | | | | B HBD - UNDER INFLUENCE |
| C SNOWY - ICY | J OTHER OBJECT: | | | | F INATTENTION* : | | | | C HBD - NOT UNDER INFLUENCE* |
| D SLIPPERY (MUDDY, OILY, ETC.) | | | | | G STOP & GO TRAFFIC | X | | | D HBD - IMPAIRMENT UNKNOWN* |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | PEDESTRIAN'S ACTIONS | | | | H ENTERING / LEAVING RAMP | | | | E UNDER DRUG INFLUENCE* |
| A HOLES, DEEP RUT* | X A NO PEDESTRIANS INVOLVED | | | | I PREVIOUS COLLISION | | | | F IMPAIRMENT - PHYSICAL* |
| B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK - AT INTERSECTION | | | | J UNFAMILIAR WITH ROAD | | | | G IMPAIRMENT NOT KNOWN |
| C OBSTRUCTION ON ROADWAY* | | | | | K DEFECTIVE VEH. EQUIP.: CITED YES NO | | X | X | H NOT APPLICABLE |
| D CONSTRUCTION - REPAIR ZONE | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | I SLEEPY / FATIGUED* |
| E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | L UNINVOLVED VEHICLE | | | | |
| F FLOODED* | E IN ROAD - INCLUDES SHOULDER | | | | M OTHER*: | | | | |
| G OTHER*: | F NOT IN ROAD | X | X | X | N NONE APPARENT | | | | |
| X H NO UNUSUAL CONDITIONS | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | |

SKETCH

INDICATE NORTH

MISCELLANEOUS

STATE OF CALIFORNIA
**INJURED / WITNESS / PASSENGERS**
CHP 555 Page 3 (Rev. 11-06) OPI 065

Page 3 of 7

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 09/19/2020 | 2348 | 4005 | P116 | 201684 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ("X" ONE) ||||  INJURED WAS ("X" ONE) |||||  PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | |
| ☐# | ☐ | 41 | W | ☐ | ☐ | ☐ | X | ☐ | X | ☐ | ☐ | ☐ | 1 | 3 | L | G | 0 |

REDACTED

**(INJURED ONLY) TRANSPORTED BY:**

**DESCRIBE INJURIES:**
COMPLAINT OF PAIN TO RIGHT SHOULDER. ASSESSED BY CAL FIRE AND SAN LUIS AMBULANCE PERSONNEL AND DECLINED ANY FURTHER TREATMENT.

☐ VICTIM OF VIOLENT CRIME NOTIFIED

---

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| KYLE LAUGHLIN | P116 | 09/19/2020 | DAN HERLIHY, P086 | 09/23/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP 556 (Rev 7-90) OPI 042　　　　　　　　　　　　　　　　　　　　　Page 4

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09/19/2020 | 2348 | 4005 | P116 | 201684 |

## STATION LINE:

A station line was established on Coburn Lane. Station 1+00 was established 90 feet north of the north curb line prolongation of Paddock Ave and 8 feet west of the east curb line of Coburn Lane. The station line ended at station 2+30 and 8 feet west of the east curb line of Coburn Lane. All measurements were taken at right angles to the station line.

## VEHICLE POINT OF REST:

Vehicle #1;
　　Left rear wheel was located 2 ft. left of station 1+95.
　　Left front wheel was located 1 ft. left of station 2+05.

Vehicle #2;
　　Right front wheel was located 13 ft. right of station 2+02.
　　Left front wheel was located 17 ft. right of station 1+97.

Vehicle #3;
　　Left rear wheel was located 2 ft. right of station 2+17.
　　Left front wheel was located 2 ft. right of station 2+09.

## PHYSICAL EVIDENCE DESCRIPTION:

1. 15 ft. tire friction mark
2. 33 ft. tire friction mark
3. 47 ft. tire friction mark

## PHYSICAL EVIDENCE LOCATIONS:

| ITEM | DISTANCE | DIRECTION | STATION |
|---|---|---|---|
| 1 | 8 ft | left | 1+10 begin |
| 1 | 5 ft | left | 1+25 end |
| 2 | 4 ft | right | 1+52 begin |
| 2 | 8 ft | right | 1+85 end |
| 3 | 4 ft | left | 1+33 begin |
| 3 | 1 ft | right | 1+80 end |

## FACTS:

## NOTIFICATION:

On Sunday, 9/19/20, at approximately 2358, I responded to the report of a traffic collision on the 2500 block of Coburn Lane. The involved vehicles were unknown, but several calls had been made

| PREPARER'S NAME AND I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| KYLE LAUGHLIN, P116 | 09/19/2020 | DAN HERCHY, P086 | 09/23/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                           Page 5
CHP 556 (Rev 7-90) OPI 042

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09/19/2020 | 2348 | 4005 | P116 | 201684 |

to 911 about a traffic collision. EMS and Fire were dispatched as well as it was unknown if there was anyone in the vehicles. All times and measurements are approximate.

### SCENE:

The collision occurred on Coburn Lane, which is a north/south roadway consisting of one lane in each direction with no lane markings. Coburn Lane is composed primarily of asphalt and concrete. There are sidewalks on both the west and east side of the roadway. There is an approximate 5 foot high concrete cinder block wall that runs parallel adjacent to the sidewalk on the east side of Coburn. The weather was Foggy with good visibility. No visual obstructions were noted.

### PARTIES:

Party #1 (P-1, Patterson) left the scene of the collision. P-1 was described as one of two males running from the scene west on Paddock Ave. No witnesses actively observed either male get out of either vehicle. P-1's wallet was found in the vehicle with his CA driver's license.

Passenger # 1(Pass-1, REDACTED) left the scene with P-1. Pass-1 was described as one of two males running from the scene west on Paddock Ave. No witnesses actively observed either male get out of either vehicle.

Vehicle # 1 (V-1, Tesla S) was located stopped in the 2500 block of Coburn Lane. V-1 had severe damage to the front of the vehicle as a result of the collision. V-1 was resting against V-2 and V-3.

Vehicle # 2 (V-2, Tesla 3) was located stopped in the 2500 block of Coburn Lane. V-1 had severe damage to the front and rear of the vehicle as a result of the collision. V-2 was resting against a stone wall.

Vehicle # 3 (V-3, Toyota Tacoma) was located stopped in the 2500 block of Coburn Lane. V-3 had minor damage to the rear bumper of the vehicle as a result of the collision.

### PHYSICAL EVIDENCE:

Pieces of V-1 and V-2 were found at the collision and around the vehicles. Digital photographs of the damage to V-1, V-2, and V-3 were taken by Sgt. Herlihy and provided to me. The digital photographs were later uploaded as evidence to the PBPD V-drive.

### STATEMENTS:

P-1 was located at his residence after he called an ambulance for Pass-1. P-1 was intoxicated and first stated that he was not involved in the collision. He stated Pass-1 and an unknown male named "Brantley" took his vehicle to get more alcohol from the store. P-1 stated he was sleeping when the collision happened and was woken up by Pass-1 and told what happened. P-1 stated, "Brantley"

| PREPARER'S NAME AND I.D. NUMBER KYLE LAUGHLIN, P116 | DATE 09/19/2020 | REVIEWER'S NAME DAN HERLIHY, P086 | DATE 09/23/2020 |
|---|---|---|---|

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**
CHP-555 (Rev 7-90) OPI 042                                                                                    Page 6

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09/19/2020 | 2348 | 4005 | P116 | 201684 |

never came back to the house. After P-1 was told his story did not make sense, and I could not arrest him for DUI, he stated that he was the vehicle's driver. P-1 stated he was driving, and Pass-1 was in the passenger seat. The two were driving back from Shell Beach Brewhouse. He stated he was speeding, 40-50mph, and bottomed out in a dip in the roadway. P-1 lost control of the vehicle and collided with V-2. He got out of the vehicle to make sure no one was hurt. He saw the damage and fled the scene because he did not want to get a DUI.

Pass-1 was located at P-1's residence after an ambulance was called for his injuries. He complained of right shoulder pain and was evaluated by EMS. He stated that he was the passenger and a male he met earlier in the night, name "Bradley" and was driving the vehicle. They were on their way to the store to get more alcohol when "Brantley" (Pass-1 could not keep the same name during the statement) "freaked out" and jumped out of the vehicle. V-1 then collided with V-2. Pass-1 complained of right shoulder soreness and had a seatbelt mark across his chest. After Pass-1 was told that P-1 told us the real story, he apologized and stated he did not want P-1 to get a DUI because "he has too much to lose." He confirmed that P-1 was driving the vehicle, and they lost control when they hit the dip in the road while speeding. P-1 lost control of the vehicle and collided with V-2 and V-3.

## OPINIONS AND CONCLUSIONS:

### SUMMARY:

P-1 was traveling northbound on the 2500 block of Coburn Lane in the northbound lane in V-1. V-1 was speeding and hit a dip in the roadway. V-1's speed caused P-1 not to be able to control the vehicle after the dip. V-1 then collided with V-2 and the collided with V-3. The collision of V-1 and V-2 caused V-2 to collide with a stone wall located off the roadway.

### CAUSE:

P-1 caused this collision by violating CVC 22350, which states, "No person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property."

The cause was determined by the damage to V-1, V-2, V-3, and the statements provided by P-1 and Pass-1.

### HIT AND RUN NARRATIVE:

P-1 was contacted at his residence after he called the PBPD approximately 1-1.5 hours after the collision. P-1 initially denied being the driver and gave a false story; however, admitted to being the driver at the time of the collision. P-1 stated the vehicle is registered to the company he owns. His wallet and driver's license were found in the vehicle. P-1 fled the scene of the accident because he was concerned with getting a DUI. He admitted what he did was wrong and should of stayed at the

| PREPARER'S NAME AND I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| KYLE LAUGHLIN, P116 | 09/19/2020 | DAN HERLIHY, P086 | 09/23/2020 |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL
CHP 556 (Rev 7-90) OPI 042

Page 7

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 09/19/2020 | 2348 | 4005 | P116 | 201684 |

collision. P-1 wanted to get home to figure out what to do regarding the collision.

### AREA OF IMPACT.

AOI #1 was located approximately 2 feet right of station line 1+37.

AOI #1 was located approximately 17 feet right of station line 1+99.

AOI #1 was located approximately 2 feet right of station line 2+05.

The AOI was determined by the physical evidence at the scene and the resting points of V-1, V-2, and V-3.

### RECOMMENDATIONS:

Forward to the San Luis Obispo County District Attorney's Office for the prosecution of Kenneth Shane Patterson on the charge of VC 20002(a).

| PREPARER'S NAME AND I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| KYLE LAUGHLIN, P116 | 09/19/2020 | DAN HERLIHY, P086 | 09/23/2020 |



Not To Scale
20-1684
K.Laughlin

2540      2536      2520

Coburn Lane