Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH SHANE PATTERSON,<br><br>    Defendant. | Case No.: 1:19 CR 230 DAD/BAM<br><br>LIST OF DEFENSE EXHIBITS FOR INITIAL HEARING REGARDING ALLEGED VIOLATION OF PRETRIAL RELEASE CONDITIONS<br><br>Date: October 16, 2020<br>Time: 2:00 p.m.<br>Location: Hon. Stanley A. Boone |

    The listed exhibits have previously been filed as attachments to defense pleadings. They are duplicate here in an abundance of caution. The defense reserves the right to include additional exhibits/evidence as circumstances warrant

Dated: October 14, 2020                                   Respectfully submitted,

                                                                      /s Kevin Rooney
                                                                      KEVIN P. ROONEY
                                                                      Attorney for defendant
                                                                      KENNETH S. PATTERSON

<u>EXHIBIT LIST</u>

A. Media report regarding fatal traffic accident on September 16.

B. Photographs and text messages and Redacted Photographs and text messages

C. Letter from Kelly Weaver

D. Dr. Guzman report (under seal)

E. Dr. Guzman Letter dated October 13, 2020

F. Center for Disease Control Advisory Regarding Certain Medical Conditions

G. Declaration by counsel

H. Media report regarding COVID-19 at the Fresno County Jail

I. Declaration by Dr. Chris Beyrer, Johns Hopkins Bloomberg School of Public Health