McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KENNETH SHANE PATTERSON,<br><br>   Defendants. | CASE NO. 1:19-CR-230-DAD-BAM<br><br>NOTICE OF REQUEST TO SEAL EXHIBIT 1 TO GOVERNMENT'S SUPPLEMENTAL BRIEF IN SUPPORT OF REQUEST TO REOPEN DETENION HEARING UNDER 18 U.S.C. § 3142(F) BASED ON NEW INFORMATION AND BRIEF IN SUPPORT OF REVOCATION UNDER 18 U.S.C. § 1348 AND IN RESPONSE TO DEFENDANT'S BRIEF ADDRESSING POTENTIAL DETENTION ORDER AT INITIAL APPEARANCE |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Vincente A. Tennerelli, provides notice that it is requesting to file under seal (1) Exhibit 1 to the government's Supplemental Brief in Support of Request to Reopen Detention Detention Hearing Under 18 U.S.C. § 3142(f) Based on New Information and Brief in Support of Revocation Under 18 U.S.C. § 1348 and in Response to Defendant's Brief Addressing Potential Detention Order at Initial Appearance (Docket No. 75) based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents.  The government respectfully requests that these documents remain under seal until further Order of the Court.

The aforementioned documents were electronically transmitted to the Court on October 19, 2020.  Copies of the documents were served on defendant Kenneth Shane Patterson.

Dated:  October 19, 2020

McGREGOR W. SCOTT
United States Attorney

By:  /s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney