Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19 CR  230 DAD/BAM |
| Plaintiff, | AMENDED LIST OF DEFENSE EXHIBITS FOR CONTESTED HEARING REGARDING ALLEGED VIOLATION OF PRETRIAL RELEASE CONDITIONS |
| vs. | |
| KENNETH SHANE PATTERSON, | Date:  October 21, 2020 |
| Defendant. | Time: 2:00 p.m. Location: Hon. Stanley A. Boone |

The listed exhibits have previously been filed as attachments to defense pleadings.  They are duplicate here in an abundance of caution.  The defense reserves the right to include additional exhibits/evidence as circumstances warrant

Dated:  October 20, 2020                         Respectfully submitted,

                                         /s Kevin Rooney
                                        KEVIN P. ROONEY
                                        Attorney for defendant
                                        KENNETH S. PATTERSON

1

<u>EXHIBIT LIST</u>

A.  Media report regarding fatal traffic accident on September 16.

B.  Photographs and text messages and Redacted Photographs and text messages

C.  Letter from Kelly Weaver

D.  Dr. Guzman report (under seal)

E.  Dr. Guzman Letter dated October 13, 2020

F.  Center for Disease Control Advisory Regarding Certain Medical Conditions

G.  Declaration by counsel

H.  Media report regarding COVID-19 at the Fresno County Jail

I.  Declaration by Dr. Chris Beyrer, Johns Hopkins Bloomberg School of Public Health

J.  November 2019 Reservations Regarding Planned New York City Travel

K.  Airline Reservation-Flight to San Diego re: Planned Surgery and Travel Reservation Requirement from Surgery Center

L.  Map – 2500 Coburn Lane and 173 Baker Avenue, Pismo Beach, CA