McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
ALEXANDRE M. DEMPSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant. | CASE NO. 1:19-CR-000230-DAD-BAM<br><br>AMENDED STIPULATION AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT KENNETH SHANE PATTERSON |

**STIPULATION**

WHEREAS, the discovery in this case is voluminous and contains personal information including but not limited to personal identification numbers, dates of birth, financial account numbers, telephone numbers, residential addresses, and information regarding confidential informants ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large-scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties desire to amend the prior protective order in this matter and agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant, KENNETH SHANE PATTERSON, by and through his counsel of record ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of

record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view un-redacted documents in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents (including by providing the defendant the discovery in this matter in redacted form to be reviewed on a laptop accessed from his prison cell) from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///
///
///

///

///

7.  In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: January 5, 2021   McGREGOR W. SCOTT
United States Attorney

 /s/ Vincente A. Tennerelli
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated: January 5, 2021   GALATEA DELAPP

 /s/ Galatea DeLapp
Attorney for KENNETH SHANE PATTERSON

**ORDER**

IT IS SO ORDERED.

Dated:  **January 5, 2021**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

3