PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00230-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | STATUS CONFERENCE: October 13, 2021, 1:00 p.m. |
| KENNETH SHANE PATTERSON, | COURT: Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 13, 2021, 1:00 p.m..

2. By this stipulation, defendant now moves to vacate the status conference, set a change-of-plea hearing for October 19, 2021 at 9:00 a.m., and to exclude time between October 13, 2021, 1:00 p.m., and October 19, 2021, at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 50,000 pages and includes financial records, memoranda of interviews, and email search warrant returns.

    b) The parties desire additional time to review discovery and determine whether to enter into a plea agreement with the government.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) The parties believe that failure to grant the above requested continuance would deny them reasonable time necessary to determine whether to enter into a plea agreement.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2021, 1:00 p.m. to October 19, 2021, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated:  October 6, 2021

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant
KENNETH SHANE PATTERSON

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## **ORDER**

IT IS SO ORDERED that the status conference set for October 13, 2021 is vacated. A change of plea hearing is set for **October 19, 2021, at 9:00 a.m. before District Judge Dale A. Drozd**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 6, 2021**          /s/ *Barbara A. McAuliffe*          
                                    UNITED STATES MAGISTRATE JUDGE