Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON<br><br>Defendant. | Case No.:  19-cr-00230 DAD-BAM<br><br>**ORDER ON MOTION OF<br>MARC DAYS TO WITHDRAW AS<br>COUNSEL** |

    Marc Days, retained counsel for defendant Kenneth Shane Patterson in the above-entitled matter, moves to withdraw as an attorney of record, on the basis that Mr. Patterson is unable to afford representation by two privately retained attorneys and meet his agreed upon financial obligations in the case.  Defendant has pled guilty, with sentencing currently set for January 18, 2022, and is represented by lead counsel, Galatea Delapp.  Counsel does not believe that permitting him to withdraw will be unduly prejudicial to the defendant given the fact that he is represented by lead counsel and that the matter will not be proceeding to trial given the guilty plea.

    WHEREFORE counsel Marc Days requests leave to withdraw as attorney of record.

///

///

**ORDER**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **November 23, 2021**

UNITED STATES MAGISTRATE JUDGE