PHILLIP A. TALBERT
Acting United States Attorney
VINCENTE A. TENNERELLI
ALEXANDRE M. DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant. | CASE NO. 1:19-CR-00230-DAD-BAM<br><br>STIPULATION FOR CONTINUANCE OF SENTENCING HEARING<br><br>DATE: January 18, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on January 18, 2022.

1

2. The United States Probation Office has requested a four-week continuance of the sentencing hearing to February 14, 2022. The parties consent to the continuance and therefore request that the Court reschedule sentencing for February 14, 2022.

IT IS SO STIPULATED.

Dated: November 24, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated: November 24, 2021

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
KENNETH SHANE PATTERSON

**ORDER**

IT IS SO ORDERED.

Dated: **November 24, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE