**FDIC**
Federal Deposit Insurance Corporation

Office of Investigations
Office of Inspector General

## MEMORANDUM OF INTERVIEW

| INTERVIEW OF | DATE OF INTERVIEW | INTERVIEWED BY Tina Zwiefelhofer, Robert Schofield (FBI) |
|---|---|---|
| Helen Quan | January 30, 2018 | |

| INTERVIEW HELD AT Law Office of Hunt-Ortman, Attorney Kevin Brody, 301 North Lake Ave., Pasadena CA, 7th floor | PEOPLE PRESENT Tina Zwiefelhofer, Robert Schofield (FBI), Helen Quan, Tom Edwards (Attorney), and Kevin Brody (Attorney) |
|---|---|

1   On the above date from approximately 1:53 – 4:13pm, Special Agent (SA) Tina Zwiefelhofer and
2   Federal Bureau of Investigation (FBI) SA Robert Schofield met with Helen Quan (Quan) at her
3   attorney's office at the above address for a pre-arranged interview.  Initially present in the interview
4   were SA Zwiefelhofer, SA Schofield, Quan and her attorney Tom Edwards (Edwards).  Later
5   during the interview, Quan's other attorney, Kevin Brody (Brody) joined in the interview.  The
6   point at which he joined the interview will be noted in the following narrative.  SA Zwiefelhofer
7   and SA Schofield displayed their credentials and explained the purpose of the interview.  Quan
8   provided the following information:

9   Quan's home address is 865 Donner Pl., Monterey Park, California (CA) 91754.  Her cell phone
10  number is (626) 354-7770 and her office phone number is (323) 268-3944.

11  Quan and her husband Nelson Quan (Nelson) own Quan's Service Center, Inc., which is a Chevron
12  gas station.  They have owned gas stations for almost 40 years.  The Quans previously owned a
13  Mobile gas station in Long Beach, CA, but sold that, bought their current station, and moved to
14  Monterey Park in 1989, almost 30 years ago.

15  In 1996 Quan was a stay-at-home mom and Nelson ran the gas station business.  Nelson then had a
16  stroke in 1996, so Quan was forced to take over the running of the business.  Nelson guided Quan
17  in the business as she slowly took over for him. Quan described Nelson, who is now 70 years old,
18  as a "worrier" and a "workaholic."

19  In 2013 the Quans were attempting to refinance their business loan.  Their loan broker at the time
20  worked at Barrio Planners, which was a company that provided various business services to small
21  businesses and helped small businesses get loans.  Their loan broker recommended Ken Patterson
22  (Patterson), who had sent out flyers advertising his services.  The broker contacted Patterson,
23  thought he would be a good option for the Quans, and recommended that they contact him.  Their
24  broker first introduced the Quans to Patterson in 2013.  Patterson's company was called SBA Pros.

25  Patterson came to Quan's office and indicated that he was interested in helping the Quans.  During
26  their second meeting, Quan gave Patterson a check for $8,000.00 to engage his services in assisting
27  them in obtaining funding for their business.  The check for $8,000.00 was the "loan fee" and was
28  made payable to SBA Pros.

| For Agency Only |  |  |
|---|---|---|
| FILE NUMBER S2017-0004 | DATE TRANSCRIBED February 1, 2018 | |

AGENTS SIGNATURE(S)   *Tina Zwiefelhofer*                                    *WVWii*

FEDERAL DEPOSIT INSURANCE CORPORATION                **FOR OFFICIAL USE ONLY**                FDIC OIG FORM 95-131

| CONTINUATION SHEET | | Page 2 of 7 |
|---|---|---|
| INTERVIEW OF | DATE OF INTERVIEW | FILE NUMBER |
| Helen Quan | January 30, 2018 | S2017-0004 |

1  The entire process of obtaining funding for their business, with the help of Patterson, took almost a
2  year.  In that time, Quan waited and occasionally called Patterson to check the status of the loan,
3  and Patterson always said that he was working on it.

4  During this almost year-long process, Quan requested certain records and documentation from
5  Chevron.  Chevron asked why she was requesting the information and she informed Chevron that
6  they were attempting to obtain new financing.  At that point, the Quans had been leasing equipment
7  from Chevron.  When Chevron learned of the Quans' attempts to obtain new financing, Chevron
8  offered to sell the leased equipment to the Quans.  The Quans agreed to purchase the equipment
9  from Chevron.  In doing this, the amount of their new funding was increased, which took up more
10  time because they had to change and update the loan application.  The financing of almost $1.8
11  million was finally obtained from Umpqua Bank around the early part of the summer of 2015.  The
12  money was used to purchase the equipment from Chevron, to pay off and consolidate other debts,
13  and to use for the business.

14  Quan's communications with Patterson have been usually via texts, but there have also been some
15  emails and some phone calls.  SA Zwiefelhofer requested that Quan preserve all communications,
16  specifically texts and emails, that she has had with Patterson.  SA Zwiefelhofer will get a subpoena
17  to Quan, via her attorney, to obtain those communications.  Attorney Edwards indicated that he
18  would accept the subpoena via email.

19  Everything Quan knows about Patterson is based on what he has told her.  Patterson lives in Fresno,
20  CA and comes to the Los Angeles, CA area about two times per month.  When Patterson first spoke
21  of Emily Baxter (Baxter), Quan believed that Baxter was Patterson's wife.  Quan later was told that
22  Baxter is Patterson's live-in partner.  Baxter worked at Umpqua Bank where the Quans obtained
23  their financing and Quan dealt with Baxter during the loan process.  She never met Baxter, but
24  Quan did speak with Baxter on the phone while attempting to obtain the financing.

25  During the process of obtaining the financing, Patterson was aware that Quan was getting a couple
26  hundred thousand dollars above what was needed for the equipment purchase and debt
27  consolidation.  Patterson mentioned to Quan that he was purchasing a skilled nursing facility in
28  Pasadena with about 100 residents living there at the time.  As Quan was in the beginning stages of
29  getting into the home nursing business, he asked Quan if she wanted to be his partner in the skilled
30  nursing facility.  Quan did not and does not like partnership businesses and was not interested in
31  going into a partnership with Patterson.  Quan also had no money and knew that she was not
32  interested, but told Patterson that she would talk to her husband about it.  Quan did not talk to her
33  husband about it as she knew she was not going to do it, but Patterson called her early the next
34  morning to ask her if she had spoken to her husband about it.  Quan told Patterson that she would
35  rather buy it from him than be partners with him in the business.  Patterson agreed to sell the skilled
36  nursing facility to Quan.

37  Patterson told Quan that he was in the process of purchasing the skilled nursing facility through a
38  probate sale.  Patterson told Quan that the facility was valued at $16 million but Patterson was
39  buying it for $3 million.  He agreed to sell it to Quan for $4 million as he was happy making $1
40  million from the deal.  When this process began, Patterson was coming to the Los Angeles area on
41  a weekly basis.  He was to help Quan assume his loan for the purchase of the facility.

| CONTINUATION SHEET | | Page 3 of 7 |
| --- | --- | --- |
| INTERVIEW OF | DATE OF INTERVIEW | FILE NUMBER |
| Helen Quan | January 30, 2018 | S2017-0004 |

1    Quan made some payments to Umpqua Bank, in amounts of $30,000 and $50,000 for their business
2    loan.  Patterson then asked Quan for money for "escrow" for the skilled nursing facility purchase.
3    He said that the money was needed to clear up leans so that the deal could go through.  Quan sent
4    money to Patterson and later he asked for more money, again so that the purchase of the skilled
5    nursing facility could be completed.

6    The Quans also owned an 8-unit apartment complex, which they almost had to sell to purchase the
7    skilled nursing facility.  Quan told Patterson that they would have to sell it in order to purchase the
8    skilled nursing facility from Patterson, but Quan told him that she thought the facility was a better
9    investment so she was willing to sell the apartment complex in order to buy the nursing facility.
10    Patterson advised Quan not to sell their apartment complex.  Quan took out $500,000 in equity
11    from their apartment complex and also borrowed money from family members and gave the money
12    to Patterson as part of the purchase of the skilled nursing facility.

13    Patterson told Quan that there was $300,000 in "reserve funds" of the skilled nursing facility and
14    that once the sale was completed, Quan would immediately have access to those funds to pay back
15    her family loans and debts.  Patterson promised Quan that he would help her during this process.

16    In what Quan believes was the latter part of the deal to purchase the skilled nursing facility from
17    Patterson, Patterson told her that they needed money to pay the EDD, worker's compensation, and
18    other business expenses in order for the deal to close.

19    Quan was shown a spreadsheet listing payments she made to Patterson (The spreadsheet is attached
20    to this memorandum for reference).  She confirmed that the information on the spreadsheet was
21    consistent with her payments and the running total balance paid to Patterson.  Quan was also shown
22    copies of specific checks (# 1586, 1594, 110, 111, 112, 113, 114, 115, and 116) and she confirmed
23    that those were some of the checks she gave to Patterson.  She also confirmed that "SNF" in the
24    memo section of check # 1594 stood for "skilled nursing facility" and that the loan amount written
25    in the memo section was the running total balance that she gave to Patterson.  Quan explained that
26    the frequency of the payments she made to Patterson rapidly increased towards the end of March,
27    2017 as she was told by Patterson that they were about to close the deal.  Quan felt a sense of
28    urgency in making those payments to him in order to close the deal.

29    Quan gave Patterson a total of $1,143,000 to purchase the skilled nursing facility from him but the
30    deal never closed and Quan never took possession of the facility.  Quan does not know who was
31    running the skilled nursing facility the entire time.  Patterson told her at first that the conservator
32    was running it.  Quan believes that another owner was running it.

33    Patterson told Quan that the facility had been awarded to him by the court and that it was a special
34    deal because it was a probate sale, but that he was unable to sell it to Quan until his purchase had all
35    been finalized by the court.  Quan asked Patterson for copies of the court documents but Patterson
36    would not give any of them to her.  Quan never obtained a copy of any of the court documents
37    regarding the facility.

38    At some point, Patterson supposedly went to Sacramento, CA because a license related to SBA
39    Pros was expiring and he needed to renew it.  He asked Quan for $10,000 that he needed to renew
40    his license, which she then wired to him.

| CONTINUATION SHEET | | Page 4 of 7 |
|---|---|---|
| INTERVIEW OF<br>Helen Quan | DATE OF INTERVIEW<br>January 30, 2018 | FILE NUMBER<br>S2017-0004 |

1    In October of 2017, Patterson called Quan and they made plans to meet at a restaurant for lunch in
2    Santa Monica, CA to discuss the skilled nursing facility.  When Quan arrived, Patterson was
3    outside the front of the restaurant talking on the phone.  When he got off the phone, he began
4    sobbing.  Patterson told Quan that he was just trying to work hard, pay his taxes, and that he was
5    not "scamming" anyone.  Patterson then told Quan that he was being investigated by the FDIC.
6    Quan tried to console him and told him that if he did nothing wrong, then there was no reason to be
7    scared.  Patterson told Quan that he was putting the nursing facility deal on hold until the
8    investigation was over.  Patterson told Quan that he would be able to have the investigation cleared
9    up within a few months and that he had an uncle who was in politics that could help him with it.

10    Quan then told Patterson that she may have to back out of the deal.  He kept promising that the deal
11    would close, but it had not closed and then he told her he was putting the deal on hold.  Quan
12    decided to back out of the deal, but she panicked as she did not have anything securing the money
13    she gave to Patterson.

14    Patterson explained that, as the facility was worth $16 million and that he was purchasing it for $3
15    million, Patterson could find another buyer if Quan backed out of the deal.

16    When he was crying at the restaurant, Patterson told Quan that if Baxter ever asked her about it, that
17    Quan was to tell Baxter the checks were for a supermarket, and not to mention the skilled nursing
18    facility.  Baxter thought that Patterson had stopped pursing the skilled nursing facility deal.  Baxter
19    was not happy about Patterson being under investigation.

20    At this time Quan asked Patterson for a promissory note to get paid back for all the money that she
21    had given him.  At the meeting that day in October, Patterson paid back the $10,000 that she had
22    wired to him when he went to Sacramento to renew his license.  A few days after their lunch,
23    Patterson went to Quan's office and typed up a Promissory Note on her computer, which he then
24    printed for them to sign.  Quan did not read it before they both signed it.

25    Quan went home that day and then read the Promissory Note that Patterson had typed and that they
26    had signed and she was shocked that the terms of the note were not what they had discussed.  She
27    immediately texted Patterson to tell him that she did not agree to those terms and he did not respond
28    to her text.  Quan then called Patterson and left messages for him to call her back but he was not
29    returning her calls.  Finally Quan was able to reach Patterson and she told him that those were not
30    the terms that they had agreed upon that she did not agree to the note that he typed.  Patterson told
31    her not to worry and explained to her that the note was only for the bank and that it was the true
32    terms of the note.

33    Quan told Patterson that she was going to hire an attorney to write up a revised Promissory Note.
34    She hired Brody to write the new Promissory Note.  Quan provided a copy of the Promissory Note
35    that Patterson had initially typed up in her office.  The copy that she provided had handwritten notes
36    by Brody on it.  Brody ended up having to do several revisions of the new Promissory Note before
37    Patterson would agree to sign it.  Patterson refused to sign anything that contained either the name
38    or the address of the skilled nursing facility.  Patterson said that he could not identify the facility in
39    the Note.  The final version of the revised Promissory Note was signed by Patterson at a restaurant
40    on December 4, 2017.

| CONTINUATION SHEET | | Page 5 of 7 |
|---|---|---|
| INTERVIEW OF<br>Helen Quan | DATE OF INTERVIEW<br>January 30, 2018 | FILE NUMBER<br>S2017-0004 |

1  During this process of getting a revised Promissory Note with agreeable terms to both Patterson and
2  Quan, Patterson got mad at Quan for putting things in an email and instructed her to never put
3  anything in an email.  He explained that he could not disclose selling the facility to Quan or his deal
4  to purchase the facility would fall through.  During the revision process, Patterson kept putting the
5  name of a supermarket in place of the skilled nursing facility, and Quan refused to sign anything
6  with the supermarket's name as she was not involved in any deal with the supermarket and was not
7  interested in a deal involving a supermarket.  Quan could not recall the name of the supermarket,
8  but when asked if it was Wasco Foods, Quan confirmed that that was the name that Patterson kept
9  putting on the revisions of the Note.

10  To Quan, Patterson seems to be a good person, a family man with Baxter, who adopted two
11  children.  Patterson also has two children from his first marriage and another child with Baxter.
12  Quan has seen pictures of Baxter but never met her.  Patterson also quotes Bible verses.  Quan does
13  not consider Patterson to be a gambler, or one who takes risks.  She does not know if he actually
14  gambles in casinos.  She believes that he builds businesses.

15  Patterson told Quan he owned stock in a hotel in Michigan and was a partner in Rocco's Bar in
16  Santa Monica.  One time Quan met Patterson at Rocco's Bar when it was still under construction
17  and he showed her around the place, including a private party room.  Everyone there acted as if
18  Patterson was a part owner so Quan did not have a reason to doubt that he was.

19  Patterson explained to Quan that he does not invest in properties and that he does not own any
20  property in his name in case he ever got sued.  During the meeting in October, Patterson explained
21  to Quan that he and Emily were not married and she had her house in her name for the same reason:
22  to protect the asset from creditors.

23  At this point in the interview, at approximately 2:58pm, Brody joined the interview, and assisted
24  Quan in providing copies of all the various versions of the Promissory Note between her and
25  Patterson, including the original one that Patterson typed on her computer.

26  Although they first met for a business purpose, Quan and Patterson started to develop a friendship.
27  Patterson can be nice and usually their conversations were about family.  One time Patterson let
28  Quan and her family stay in his condominium in Tahoe.  Quan does not know if he owned it or if he
29  was renting it, but Patterson said it was his condo.  Quan does not know offhand the address of the
30  condo in Tahoe, but she will look that information up and provide it to the agents.

31  At this time Patterson is promising to pay Quan back everything that she paid him for the skilled
32  nursing facility deal that never materialized, which totaled $1.143 million.   The initial payment is
33  due March 31, 2018 in the amount of $250,000.  Patterson told Quan that he is has a loan closing
34  at that time for $70,000 and he can pay her $40,000 from that loan.  He also told her that he had to
35  sell his shares in the Michigan hotel to pay Quan back.

36  Patterson has always told Quan "next week, next week," when dealing with her and making
37  promises to pay her, but he never has made the deposit as he stated he would.  He also does not
38  respond to Quan's texts or emails.  At this time Patterson has not paid Quan back any of the $1.143
39  million that she gave him for the skilled nursing facility.

40  The phone number that Quan uses to communicate with Patterson via text is (559) 797-6898.  Quan

| CONTINUATION SHEET | | Page 6 of 7 |
| --- | --- | --- |
| INTERVIEW OF<br>Helen Quan | DATE OF INTERVIEW<br>January 30, 2018 | FILE NUMBER<br>S2017-0004 |

1  will preserve all her texts with Patterson.

2  Quan knew someone who knew another person who worked at the facility.  According to that
3  person, they knew that the facility was in probate, but they had no details on what was happening or
4  who was buying it.  They did see a "white guy" at the facility on multiple occasions, but did not
5  know who he was.  Patterson also showed Quan tax records of the lady who owned the skilled
6  nursing facility, so he had some documentation related to it.  These facts added to Quan's belief that
7  what Patterson was telling her about the facility probate sale was true.

8  Patterson told Quan that he could not lose the skilled nursing facility deal because he put too much
9  money into it.  He said he put $700,000 of his own money into the purchase of the facility, and that
10  he used the money from Quan to pay off the liens on the business and the property.

11  In addition to all the checks that Quan gave Patterson, at one point she also wired $166,000 to an
12  account of someone she did not know at Patterson's request.   Patterson asked Quan to wire the
13  money because he wrote a check that would bounce and he ran out of money.  Patterson said Quan
14  needed to help him out in order to get the facility deal closed.  He texted and called Quan to ask her
15  to send this money.  At the time of Patterson's request for the money, Quan believed that they were
16  close to closing on the skilled nursing facility, and that it was "almost a done deal."  Quan believed
17  she had to wire that money so that the deal would close.

18  Although she could not recall the name on the account where Patterson asked her to wire the
19  money, when asked if Abdulhafed Ali (Ali) was the name on the account, Quan stated that she
20  believed that was the name on the account.  Quan does not know who Ali is and does not know
21  why Patterson asked her to wire the money to Ali's account.  During this process, Quan had no
22  communication with Ali.  Patterson told Quan that the $166,000 was going to be used for his store,
23  but he said that the money was going towards Quan's purchase of the skilled nursing facility.

24  According to Patterson, he was a major shareholder of a supermarket, and was working on the
25  grand opening of his supermarket at the same time that he was he was trying to close the deal on the
26  skilled nursing facility.  After the supermarket opened, it was doing well and Patterson told Quan
27  that he would have no problem paying her back the money.  This was around October, November
28  and December of 2017.  To her knowledge, Patterson is currently still operating the supermarket
29  and is making money.

30  Patterson is also involved in a new project with investors, involving a bar in North Hollywood, CA.
31  Patterson is always working on several projects at a time.

32  In one of his business deals, to purchase a property, Patterson allegedly paid someone named
33  Marilyn Robinson $200,000 in cash and paid someone named Mercado $100,000 in cash.

34  Regarding the attached list of checks that Quan paid to Patterson, there were several checks that
35  were used to pay Patterson $210,000 as of April 4, 2016.  The dates on the copies of the checks
36  were the dates that Patterson asked Quan for the funds.  These payments made to Patterson were
37  never intended to be a loan.  They were all for the purchase of the skilled nursing facility.  Quan
38  wanted the Promissory Note in an attempt to get her money back from Patterson.  Patterson always
39  told Quan that she was going to get her money back if the deal never went through.  When Quan
40  asked Patterson for security on the amount that he owed her, Patterson explained that he does not

| CONTINUATION SHEET | | Page 7 of 7 |
| --- | --- | --- |
| INTERVIEW OF<br>Helen Quan | DATE OF INTERVIEW<br>January 30, 2018 | FILE NUMBER<br>S2017-0004 |

1    own any property to secure the loan.

2    Prior to the final Promissory Note, Quan was given several notes by Patterson that all promised
3    payments.  A template was used and when Quan signed the Promissory Note in October of 2017
4    before reading it, she thought it was just another note using the same template that they had used
5    before.  Quan provided copies of these smaller notes.

6    Quan believes that SBA Pros is no longer in business. She believes the new name of Patterson'
7    company is SBA Elite.

8    During the interview, Quan, with the assistance of her attorneys, provided copies of the following
9    documents:
10    - Memorandum of Understanding and Mutual Non-Disclosure Agreement, signed and dated
11    1/31/15
12    - Background and Intent document, notarized, signed and dated 2/5/15

13    -Promissory Note, notarized, signed and dated 10/18/17 with Brody's handwritten notes on it

14    -Printout of emails dated 11/6/17, 11/8/17, 11/9/17 and 12/3/17, along with attachments

15    - various forms of the Promissory Notes, unsigned, dated 11/1/17 and 11/8/17

16    - final Promissory Note signed by Quan and Patterson on 12/4/17