FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   08/03/2021

Helen Quan was interviewed via telephone at 626-354-7770 by FBI Special Agent Robert B. Schofield and Assistant United States Attorney (AUSA) Vincent Tennerelli. This was a follow-up interview, as Quan was interviewed previously by SA Schofield. After being advised of the identity of the interviewing Agent and the nature of the interview, Quan provided the following information:

Quan confirmed that Quan's attorney advised her to speak with SA Schofield and AUSA Tennerelli.

In 2017, Quan gave Ken Patterson over one million dollars for the purchase of a skilled nursing facility located in Southern California. Quan and her husband own a gas station in Southern California. Quan does have a "little bit" of money in a retirement plan. Quan gave Patterson money when Quan was refinancing a business property and took cash out from a refinance of another property and business equity. All of the money Quan gave to Patterson was equity from Quan's properties: 1) a gas station and 2) an apartment rental in Pasadena. Quan told Patterson she was getting cash out which led to Patterson's idea of purchasing the skilled nursing facility.

When asked about the financial impact of Patterson taking Quan's money, Quan stated that she is $1.148 million in debt. This is an extra financial burden which Quan and her husband were not counting on in their lives. Quan is working as hard as she can to pay it off. Quan's husband had a mild stroke when he found out about the debt. Quan advised: "I have to work really, really, really, hard and our dream was to retire and live simply, but now I can't retire for another ten years." Quan added: "I don't know what to do." Quan's husband thinks about this money loss every day. Quan does not want to retire with all of this debt. Quan advised her husband "might not see the day when we all recover from this."

---

Investigation on  07/27/2021  at  Fresno, California, United States (Phone)

File #  318B-SC-2177525                                         Date drafted  07/27/2021

by  Robert B. Schofield

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

The refinance loan Quan acquired through Bank of The West has a 4.75% interest rate. Quan pays around $10,000 per month for the gas station and $9,000 per month on the apartment. Patterson got half of the million dollar loan equity from the first loan with which Patterson was involved. Quan was not even aware she could get a cash-out loan until Patterson informed her. Patterson found out Quan wanted to start a business and that's when Patterson told Quan about the skilled nursing facility availability.