HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00230-DAD-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| KENNETH SHANE PATTERSON, | |
| *Defendant,* | |

Defendant, Kenneth Shane Patterson, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On October 31, 2019 the government filed an 8-count indictment against Kenneth Shane Patterson alleging violations of wire fraud, bank fraud and attempting to evade taxes in violation of 18 U.S.C. §§ 1343, 1344 and 26 U.S.C. § 7201. On October 19, 2021, Mr. Patterson plead guilty to all counts without a plea agreement, and on April 18, 2022, this Court sentenced Mr. Patterson to a total of 66 months in custody. Mr. Patterson now seeks to exercise his right to a direct appeal.

///

///

Mr. Patterson submits the attached Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel Carlton Gunn be promptly appointed *nunc pro tunc* as of April 20, 2022 to assist Mr. Patterson with appeal proceedings.

DATED:  April 20, 2022            /s/ Eric Kersten
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Carlton Gunn *nunc pro tunc* as of April 20, 2022 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **April 20, 2022**            _____
                                      UNITED STATES DISTRICT JUDGE