Carlton F. Gunn
Attorney at Law
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Telephone (323) 474-6366
(E-mail: cgunnlaw@gmail.com

Attorney for Defendant
KENNETH SHANE PATTERSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> vs. ) <br> ) <br> KENNETH SHANE PATTERSON, ) <br> ) <br> Defendant-Appellant. ) <br> ) | NO. 1:19-cr-00230-DAD-BAM-1 <br><br> ORDER FOR DISCLOSURE OF COPIES OF SEALED RECORDS TO DEFENDANT'S APPELLATE COUNSEL |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Clerk of the Court shall provide appellate counsel Carlton F. Gunn with copies of the sealed documents with docket numbers 45, 46, 50, 51, 69, 70, 82, 83, 86, 87, 101, 102, 107, 108, 109, 110, 116, 117, 118, 147, 157, and 158, for purposes of evaluating their relevance to potential appellate issues on behalf of defendant-appellant Kenneth Shane Patterson.

IT IS SO ORDERED.

Dated:  **June 3, 2022**  _____
UNITED STATES DISTRICT JUDGE