UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 5 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant-Appellant. | No.   22-10113<br><br>D.C. No. 1:19-cr-00230-DAD-BAM-1<br>Eastern District of California, Fresno<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 8) to file under seal Volume 3 of the excerpts of record is granted. *See* 9th Cir. R. 27-13.

The Clerk will publicly file the motion to seal and certificate of service (Docket Entry Nos. 8-1 and 8-3), the opening brief (Docket Entry No. 6), and Volumes 1-2 of the excerpts of record (Docket Entry No. 7). The Clerk will file under seal Volume 3 of the excerpts of record (Docket Entry No. 8-2).

The existing briefing schedule remains in effect.