PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH SHANE PATTERSON,<br><br>　　　　Debtor. | Case No.: 1:19CR00230-DAD-BAM<br><br>**NOTICE OF RELATED CASE** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH SHANE PATTERSON,<br><br>　　　　Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Garnishee. | Case No.: 1:22-MC-00181-BAM |

　　　Plaintiff United States of America gives notice, pursuant to Local Rule 123, that the above-entitled actions are related within the meaning of the Rule because the actions involve the same parties and are based upon the same claim.

NOTICE OF RELATED CASE                                1

The United States seeks a Writ of Continuing Garnishment under the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001-3308, in the civil miscellaneous action to enforce the criminal restitution order imposed against Kenneth Shane Patterson in the criminal case.

Additionally, assignment of these actions to the same District Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort, and avoid duplication that would result from having the actions heard by different judges.

Accordingly, the United States respectfully requests that the two cases be assigned to the same District Judge and Magistrate Judge.  The United States does not request a consolidation of these dockets.

                                                  Respectfully submitted,

Dated: January 17, 2023                   PHILLIP A. TALBERT
                                                  United States Attorney

                                      By: /s/*Robin Tubesing*
                                                ROBIN TUBESING
                                                Assistant United States Attorney