PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH SHANE PATTERSON,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:19-CR-00230-ADA-BAM<br>RELATED CASE: 1:22-MC-00181-BAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE; ORDER<br><br>DATE: 5/01/2023<br>OLD DATE 3/20/2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Kenneth Shane Patterson filed a Motion for Miscellaneous Relief (the "Motion") on February 27, 2023.

2. Both parties agree to continue the Government's deadline to oppose the Motion until April 7, 2023, with any reply from Patterson being due by April 21, 2023, and a motion hearing to be held if necessary on May 1, 2023.

///

///

///

1

3. Given the nature of the filing and status of the case, there is no need for a time exclusion.

IT IS SO STIPULATED.

Dated: March 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney

Dated: March 1, 2023

/s/ ERIC CHRISTENSEN
ERIC CHRISTENSEN
Counsel for Defendant
KENNETH SHANE PATTERSON

**ORDER**

IT IS SO ORDERED.

Dated: March 2, 2023

UNITED STATES DISTRICT JUDGE