PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>KENNETH SHANE PATTERSON,<br><br>               Defendant. | CASE NO. 1:19-CR-00230-ADA-BAM<br>RELATED CASE: 1:22-MC-00181-BAM<br><br>STIPULATION TO CONTINUE HEARING AND<br>AMEND BRIEFING SCHEDULE; ORDER<br><br>PROPOSED NEW DATE: 5/22/2023<br>CURRENT DATE: 5/01/2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Counsel for the United States is unavailable to appear in person for the hearing currently schedule for May 1, 2023, due to out-of-town family health obligations. The United States asks that the hearing be continued to May 22, 2023, if the court deems a hearing necessary. Defendant consents to the continuance.

2.      The parties agree that defendant's reply brief is now due May 5, 2023.

3.      Given the nature of the filing and status of the case, there is no need for a time exclusion.

///

///

STIPULATION

1

1       IT IS SO STIPULATED.

2

3  Dated:  April 14, 2023                  PHILLIP A. TALBERT

4                                  United States Attorney

5

6                               /s/*Robin Tubesing*
                              ROBIN TUBESING

7                               Assistant United States Attorney

8  Dated:  April 14, 2023                  /s/*Eric Christensen*

9                               ERIC CHRISTENSEN
                              Counsel for Defendant

10                              KENNETH SHANE PATTERSON

11

12 IT IS SO ORDERED.

13      Dated:    April 17, 2023

14                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28