Eric C. Christensen, CA Bar #109277
Law Firm of Eric Christensen
1739 E. Stuart Ave
Fresno, California 93710
Telephone: (559) 455-8201
E-mail: eccviking@icloud.com

Attorney for Defendant,
KENNETH SHANE PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON<br><br>Defendant. | Case No.:  1:19-cr-00230 DAD-BAM<br>Related Case:  1:22-MC-00181-BAM<br><br>**STIPULATION TO VACATE HEARING ON MOTION**<br><br>Date: 05/22/2023<br>TIME: 10:00 a.m.<br>COURT: Honorable Ana de Alba |

**STIPULATION**

Defendant, Kenneth Shane Patterson, by and through counsel of record, and Plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Defendant Kenneth Shane Patterson filed a Motion for Miscellaneous Relief on February 27, 2023.  [Dkt. 180].

2. The Court of Appeals for the Ninth Circuit filed a memorandum opinion on April 25, 2023, vacating Mr. Patterson's conviction and remanding the case back to the Eastern District Court for resentencing.  [Dkt. 187].

3. Due to issues surrounding appointment of new counsel for Mr. Patterson's resentencing, Defense counsel has filed a motion to withdraw from the case, so that new Defense

counsel may handle both resentencing and the garnishment action stemming from 1:22-MC-00181-BAM.  [Dkt. 191].

    4.    Both parties agree to vacate the hearing scheduled for May 22, 2023, before the Honorable Ana de Alba to a later date to be determined by new Defense counsel and the United States of America.

    5.    Given the nature of the filing and the status of the case, there is no need for time exclusion.

IT IS SO STIPULATED.


Dated: May 10, 2023,                        Eric C. Christensen

*/s/ Eric C. Christensen*
ERIC C. CHRISTENSEN
Attorney for Defendant
KENNETH SHANE PATTERSON

Dated: May 10, 2023,                        PHILLIP A. TALBERT
United States Attorney

*/s/ ROBIN TUBESING*
ROBIN TUBESING
Assistant United States Attorney


IT IS SO ORDERED.

    Dated:   May 11, 2023

UNITED STATES DISTRICT JUDGE