Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Kenneth Shane Patterson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-CR-00230-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RELEASE FUNDS FOR RESTITUTION |
| KENNETH SHANE PATTERSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 29, 2022, a Writ of Continuing Garnishment (WCG) was issued in the Eastern District of California in Docket No. 1:22MC00181 relative to restitution ordered on April 18, 2022 in the above captioned case no. 1:19-CR-00230-DAD-BAM.

2. In the WCG, the government was seeking to garnish the following amounts from accounts frozen at JPMorgan Chase Bank: $39,454.81 (SBA Elite Inc. Account

1

STIPULATION TO RELEASE FUNDS FOR RESTITUTION

xx5263 and noted as the defendant's business account); $100.00 (SBA Elite Inc. Account xx8572); and $100.26 (SBA Elite Inc. Account xx2209).

3. Garnishment actions pursuant to the WCG were suspended after the Ninth Circuit Court of Appeals, on April 25, 2023, vacated this court's sentencing and restitution order imposed on April 18, 2022, and remanded the case for resentencing. The funds in these accounts remained frozen pending outcome of the resentencing hearing.
4. The defendant previously objected to having all the funds in these accounts garnished in order to satisfy 2022 and 2023 federal and state income tax obligations.
5. The defendant, by this stipulation, is withdrawing his prior objection.
6. By this stipulation, defendant now moves to release all funds currently held in these accounts toward satisfaction of restitution, consistent with the Victim Restitution Act
7. The pending judgment and commitment in this case may reflect this agreement.

IT IS SO STIPULATED

Respectfully submitted,

Dated: September 20, 2023        /s/ *Galatea DeLapp*
                                 GALATEA DeLAPP
                                 Attorney for Defendant
                                 Kenneth Shane Patterson

Dated: September 20, 2023        PHILLIP A TALBERT
                                 United States Attorney

                                 /s/ *Joseph Barton*
                                 Joseph Barton
                                 Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **September 30, 2023**        _____
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO RELEASE FUNDS FOR RESTITUTION