PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00230-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER DIRECTING RELEASE OF FUNDS AND INSTRUCTIONS** |
| v. | |
| KENNETH SHANE PATTERSON, | |
| Defendant. | |

The Court, having reviewed the court files and the United States' Request for Entry of Order Directing Release of Funds and Instructions, and good cause appearing therefrom, hereby APPROVES the Request. Accordingly, IT IS ORDERED that:

1. Within 15 days of receipt of this order, JPMorgan Chase Bank is directed to remit the funds as follows:

| Payable to: | "Clerk of the Court" |
|---|---|
| Amount: | $39,454.81   Account ending in xx5262 in the name of SBA Elite Inc.<br>$100.00      Account ending in xx8572 in the name of SBA Elite Inc.<br>$100.26      Account ending in xx2209 in the name of SBA Elite Inc. |
| Mail to: | Office of the Clerk<br>501 I Street, Suite 4-200<br>Sacramento, CA 95814 |
| Memo line: | Write **"1:19-00230-DAD-BAM"** on the payment instrument |

///

///

2. Upon receipt of the funds, the Clerk of the Court shall apply the funds to Defendant's outstanding restitution balance in the order prescribed in the Schedule of Payments section of the Amended Judgment and Commitment.

3. Upon receipt of the funds by the Clerk of the Court, the United States shall terminate the writ of garnishment, Case No. 1:22-MC-00181.

IT IS SO ORDERED.

Dated:   **October 2, 2023**

UNITED STATES DISTRICT JUDGE