Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave. Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant Kenneth Shane Patterson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant. | CASE NO.  1:19-cr-00230-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF GALATEA DELAPP AS ATTORNEY OF RECORD AND ORDER** |

On April 10, 2023, Defendant Kenneth Patterson's sentencing in the above referenced case was vacated and remanded by the 9th Circuit. CJA Panel Attorney Galatea DeLapp was appointed as counsel to represent Mr. Patterson on resentencing because she had previously represented him on this matter as his retained counsel, the matter was complex. Mr. Patterson was resentenced on September 13, 2023.  Mr. Patterson does not wish to appeal his resentencing. Mr. Patterson has been in the custody of the Bureau of Prisons since April 2022.  Having completed her representation of Mr. Patterson, CJA attorney Galatea DeLapp now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Patterson require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: October 11, 2023                              Respectfully submitted,

/s/ GALATEA DELAPP
GALATEA DELAPP Attorney for
Defendant, KENNETH PATTERSON

## ORDER

Having reviewed the notice and found that attorney Galatea DeLapp has completed the services for which he was appointed, the Court hereby grants attorney Galatea DeLapp's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant KENNETH PATTERSON at the following addresses and to update the docket to reflect Defendant's pro se status and contact information.

IT IS SO ORDERED.

Dated:   **October 17, 2023**                              _____
                                                                                    UNITED STATES DISTRICT JUDGE

Kenneth Patterson 78551097
MDC Los Angeles
PO Box 531500
Los Angeles CA 90053

Kenneth Patterson #78551097
Central Valley Annex
PO Box 638
Mc Farland CA 93250-0638