Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
KENNETH SHANE PATERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Defendant. | No. 1:19-cr-00230-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MARC DAYS AS ATTORNEY OF RECORD AND ORDER** |

On April 10, 2023, Defendant Kenneth Patterson's sentencing in the above referenced case was vacated and remanded by the 9th Circuit. CJA Panel Attorney Marc Days was appointed as counsel to represent Mr. Patterson on resentencing. Mr. Patterson was resentenced on September 13, 2023. Mr. Patterson does not wish to appeal his resentencing. Mr. Patterson has been in the custody of the Bureau of Prisons since April 2022. Having completed his representation of Mr. Patterson, CJA attorney Marc Days now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Patterson require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated:  October 11, 2023                    Respectfully submitted

                                                   Marc Days
                                                   Days Law Firm

                                                   /s/ *Marc Days*
                                                 MARC DAYS
                                                 Attorney for Defendant
                                                 Kenneth Patterson

## ORDER

Having reviewed the notice and found that attorney Marc Days has completed the services for which he was appointed, the Court hereby grants attorney Marc Days' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant KENNETH PATTERSON at the following addresses and to update the docket to reflect Defendant's pro se status and contact information.

IT IS SO ORDERED.

Dated:  **October 17, 2023**                    _____
                                                                         UNITED STATES DISTRICT JUDGE

Kenneth Patterson #78551097
MDC Los Angeles
PO Box 531500
Los Angeles CA 90053

Kenneth Patterson #78551097
Central Valley Annex
PO Box 638
Mc Farland CA 93250-0638

1
2
3
4
5   **IT IS SO ORDERED**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28